10/13/2008

Advanced Credit Solutions
2585 Caldwell Blvd
Suite 105
Nampa, ID 83651
(208) 461-9443

CERTIFIED MAIL TRACKING # 7008 0150 0000 1202 4044

Experian
P.O. Box 2002
Allen, TX 75013-2002

Re: Complaint Letter to Delete Inaccurate and Incomplete Information

Dear Sir or Madam:

My client respectfully requests your prompt attention on the following inaccurate and incomplete information on their credit file. For your convenience, the disputed item(s) are listed below. Attached are a copy of my client's driver's license, social security card, and adequate proof of identification.

The following item(s) are inaccurate and incomplete, and are a very serious error in reporting. Please investigate this matter and remove the disputed item(s) within a reasonable time. Per Fair Credit Reporting Act 15 USC 1681i(a)(1)(A)- "In general. Subject to subsection (f), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable investigation to determine whether the disputed information is inaccurate and incomplete and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller."

- It is a violation of the Fair Credit Reporting Act to report information with the knowledge of errors per FCRA 15 USC 1681s-2 (a) Duty of Furnishers of Information to Provide Accurate Information (1) Prohibition (A) Reporting information with actual knowledge of errors. A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate and incomplete. (B) Reporting information after notice and confirmation of errors. A person shall not furnish information relating to a consumer to any consumer reporting agency if (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate and incomplete; and (ii) the information is, in fact, inaccurate and incomplete. All disputed item(s) have to be investigated. Failing that, the item(s) must be removed.

INACCURATE AND INCOMPLETE ITEM(S):

Derogartory/nco 93549655
Judgement/Canyon CV061328

THE FOLLOWING DISPUTED INQUIRIES MUST BE VERIFIED:

WELLS FARGO BANK
ADP/TOM SCOTT HONDA
CREDCO
WACHOVIA DEALER SVCS INC
WELLS FARGO BANK
WELLS FARGO BANK

My client has denied signing authorization on the listed inquiries, and therefore these item(s) must be verified or DELETED if your company cannot provide proof of signed documentation for verification.

**UPDATE MY CLIENT'S FILE TO ONLY INCLUDE THE FOLLOWING PERSONAL INFORMATION PLEASE:**
**FIRST NAME: JOSE     MIDDLE NAME: LUIS**
**LAST NAME: CALDERON**
**ADDRESS; 615 MITCHELL DRIVE**
**CITY: WILDER          STATE: ID     ZIP:83678**
**SOCIAL SECURITY NUMBER:** ▮
**D.O.B.:** ▮1986
PLEASE REMOVE ALL INCORRECT NAMES, ADDRESSES AND SOCIAL SECURITY NUMBERS.

Since thirty (30) days from receipt of this letter is your allotted time under the law to verify these entries, it should be understood that failure to do so within said thirty (30)

days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5) (A)).

Also, pursuant to 15 U.S.C. Section 1681i (6) (A) of the Fair Credit Reporting Act, please notify my client when the items have been deleted. You may send an updated copy of my client's credit report to the below address. According to the provisions of 15 U.S.C. Section 1681j, there should be no charge for this notification.

Sincerely,

Advanced Credit Solutions          For: Jose Luis Calderon
2585 Caldwell Blvd                      615 Mitchell Drive
Suite 105                                     Wilder, ID 83678
Nampa, Idaho 83651
                                                    ▮1986
CERTIFIED MAIL TRACKING # 7008 0150 0000 1202 4044
10/13/2008