11-13-2008

Advanced Credit Solutions
2585 Caldwell Blvd Suite 105
Nampa, ID 83651

Experian:
P.O. Box 9701
Allen, TX 75013-2002

Re: Request for deletion

Dear Sir or Madame:

This letter is a formal complaint that you are reporting inaccurate credit information. My client is very distressed that you have included the below information in my client's credit profile due to its damaging effects on my client's good credit standing. As you are no doubt aware, credit reporting laws ensure that bureaus report only accurate credit information. No doubt the inclusion of this inaccurate information is a mistake on either your or the reporting creditor's part.

Because of the mistakes on my client's credit report, they have been wrongfully denied credit recently which was highly embarrassing and has negatively impacted on his lifestyle. The following information therefore needs to be verified and deleted from the report as soon as possible:

NCO Financial #55 93549655 Inaccurate & incomplete
Judgement Canyon CV061328 Unknown account, please remove

Incorrect Name: Jose L Martinez Caldero
Incomplete Name: Jose Calderon

Please delete the above information as quickly as possible.

Sincerely,

Advanced Credit Solutions       For: Jose Luis Calderon
2585 Caldwell Blvd.                   615 Mitchell Drive
Suit 105                                      Wilder, ID 83678
Nampa, ID 83651                                        DOB         1986