

:::: Experian™
A world of insight

**Prepared for**
JOSE LUIS CALDERON
**Report number**
2359547752

**Report date**
November 26, 2008
www.experian.com/disputes
Call 800 509 8495

**Page 1 of 4**

****************MIXED AADC 601
0011840 1 MB 0.369 L 515
JOSE LUIS CALDERON
615 MITCHELL DR
WILDER ID 83676-6002

**Dear JOSE LUIS CALDERON,**
To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

By federal law, your personal credit report must list all organizations that have requested your credit history. According to the Fair Credit Reporting Act, credit grantors with a permissible purpose may inquire about credit information. Requests for your credit history remain on the personal credit report for at least two years.

By federal law, your personal credit report must list all who have requested your information. According to the Fair Credit Reporting Act, businesses with a permissible purpose may review your information. Some examples are: your current creditors to monitor your accounts; other creditors who want to offer you preapproved credit; an employer who wishes to extend an offer of employment; and a potential investor assessing the risk of a current credit obligation. We report these requests as a record of activities only to you, and we do not include them on credit reports to others. They remain on the personal credit report for at least two years.

You will not receive this explanation again if you dispute this same item within the next 30 days.

We store address information as it is sent to us by your credit grantors or from public records. One or more of your credit grantors reported the address you questioned and it is a part of your credit history. If you believe the credit grantor(s) reported the address in error, you may want to contact the company directly. Please contact us by phone if you need additional assistance to determine the specific credit grantors that reported this address to us.

You will not receive this explanation again if you dispute this same item within the next 30 days.

::: Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON
**Report number**
2359547752

We are responding to your request to change your name or Social Security number on your personal credit report. We store information based on identification information provided to us by credit grantors and providers of public records. This is historical information and will remain on file.

You will not receive this explanation again if you dispute this same item within the next 30 days.

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

Sincerely,

Experian
NCAC
P.O. Box 9702
Allen TX 75013

**Report date**
November 26, 2008
www.experian.com/disputes
Call 800 509 8495

Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.

084032146

Case 1:11-cv-00386-EJL-MHW   Document 1-4   Filed 08/18/11   Page 3 of 4

# :: Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON

**Report number**
235954 7752

**Report date**
November 26, 2008

www.experian.com/disputes

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:
- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Public records**                                      **Outcome**

CANYON-CALDWELL MAGISTRA                                Remains
CV06....

**Credit items**                                         **Outcome**

NCO FIN/55                                              Deleted
9354....

**Personal information**                                 **Outcome**

Name                                                    Deleted
Residence                                               Deleted
Social Security number                                  Deleted

Visit experian.com/status to check the status of your pending disputes at any time

## Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport.

☐ To receive a copy by mail, check this box and within 30 days return this original page to Experian, P.O. Box 9701, Allen, TX 75013. Copies will not be accepted.

### What's your credit score?

**Find out by ordering your VantageScore^SM from Experian for only $6. To order your VantageScore, call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com.**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



Going green. Do green if you need to contact us again by visiting www.experian.com/consumer, or call us.

Page 3 of 4

0840321146   L-515-11840-0202000


# Experian
*A world of insight*

**Prepared for**
JOSE LUIS CALDERON

**Report number**
235954775 2

**Employers**
PLATINUM PAINTING AND CONS -
PLATINUM INC -

**Report date**
November 26, 2008
www.experian.com/disputes
Call 800 509 8495

## Personal information

The following information is reported to us **by you**, **your creditors** and/or **other sources**. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

JOSE LUIS CALDERON
Name identification number: 30683

JOSE L CALDERON
Name identification number: 22156

JOSE CALDERON
Name identification number: 19194

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and identifies which creditor, court or potential creditor reported the address to us. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| | Type of address | Geographical code |
|---|---|---|
| 615 MITCHELL DR<br>WILDER ID 83676-6002<br>Address identification number<br>0168712072 | Single family | 0-2220020-27-1080 |

### Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.

None

### Date of birth

1986

### Spouse or co-applicant

JOSE

### Employers

PETERSON PAINTING -



Contact us online if you need to contact us again by visiting www.experian.com/consumer, or call us.

0840321146  1-515-11840-0707000