

**:::** **Experian**
A world of insight

**Prepared for**
JOSE LUIS CALDERON
**Report number**
3570185325

**Report date**
November 26, 2008
www.experian.com/disputes
Call 800 509 8495

Page 1 of 2

****************MIXED AADC 601
0012527  1 MB 0.369 L 516
JOSE LUIS CALDERON
615 MITCHELL DR
WILDER ID 83676-6002

Dear JOSE LUIS CALDERON,

We are responding to your request to verify item(s) on your personal credit report. We have already investigated this information and the credit grantor has verified its accuracy. Please refer to the personal credit report you received for the name, phone number, and address of the credit grantor who verified this information. If you still believe the item is inaccurate, then we can add a statement of continued dispute to your personal credit report at your request, or you may wish to contact the credit grantor directly to resolve your issue. If you have additional relevant information (anything new that has occurred between you and the credit grantor or courts that should result in a change to the information appearing on your credit report, such as a letter from the creditor, a cancelled check or money order, billing statement, contact name of the credit grantor, letter from the IRS, proof from a court or county reporter, proof that bankruptcy was dismissed or discharged, etc.), that was not presented when you previously disputed the information, you may mail it to us and we will reinvestigate your claim. Potentially negative information, such as missed or late payments, and most public record items remain on the credit report for seven years, with the exception of Chapters 7, 11 and 12 bankruptcies, which remain for 10 years and unpaid tax liens which remain for up to 15 years.

When you question information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we contact the source of the information through an automated verification system or letter. We ask the source to check their records to verify all of the information regarding the item you questioned, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for investigation of information on an annual free credit report). Once we receive the response, we will send you the results of the investigation. If we do not receive a response within the required investigation period, we will update the item as you have requested or delete the information, and send you the results. When we complete our investigation process we will send you the results. Should you need to contact us again, please be sure to reference the Report Number at the top of this letter. To check the status of your investigation, you may log on to www.experian.com/consumer.

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit

:::Experian:
A world of insight

**Prepared for**
JOSE LUIS CALDERON
**Report number**
3570185325

**Report date**
November 26, 2008
www.experian.com/disputes
Call 800 509 8495

reporting companies act as mediators or negotiators in account disputes.

Without additional relevant information in support of this dispute, you will not receive this notice again regarding this particular dispute.

CANYON-CALDWELL MAGISTRA
CV06....

Sincerely,

Experian
NCAC
P.O. Box 9702
Allen TX 75013

Save a tree (go green) if you need to contact us again by visiting www.experian.com/consumer, or call us.