12/31/2008

Advanced Credit Solutions
2585 Caldwell Blvd Suite 105
Nampa, ID 83651

Experian
P.O. Box 2002
Allen, TX 75013-2002

Re: Dispute for remaining items

To Whom It May Concern:

Thank you for deleting some of the accounts which incorrectly appeared on my client's credit report. However, we still vigorously dispute the following remaining items. These accounts are still being reported inaccurately and are extremely damaging to my client. In accordance with the Fair Credit Reporting Act, Section 1681i, we ask that you reinvestigate these items and delete them from my client's report.

Inaccurate Items:

Judgement Canyon CV061328 Unknown account, please remove

Furthermore, we would appreciate the names of the individuals you contacted for verification, along with their addresses and phone number so we may follow up.

Sincerely,

Advanced Credit Solutions
2585 Caldwell Blvd Suite 105
Nampa, ID 83651
(208) 461-9443

Re:
Jose Luis Calderon
█████ 1986
615 Mitchell Drive
Wilder, ID 83678

12/31/2008