

**Experian**
A world of insight

**Prepared for**
JOSE LUIS CALDERON

**Report number**
196456865

**Report date**
· January 23, 2009
www.experian.com/disputes
Call 800 509 8495

Page 1 of 8

```
||.||...|||..|||..|||.|.||.|.|||.|.|.|.||.|||.|..|||.|||.|
***************MIXED AADC 530
0022237  2 MB 0.494 L 632
JOSE LUIS CALDERON
615 MITCHELL DR
WILDER ID 83676-6002
||..|..||.||..|..|.||..||..||..||....|.||...||.|.|.||..|
```

**Dear JOSE LUIS CALDERON,**

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

If you question the results of our investigation, then you may want to contact the data furnisher directly. Please refer to your original personal credit report for the business name, address, and phone number (if available) of the source that verified the information.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013
Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.

0840321146  L-632-222237-0104000





**Experian**
A world of insight

**Prepared for**
JOSE LUIS CALDERON

**Report number**
1964566865

**Report date**
January 23, 2009

www.experian.com/disputes    Page 2 of 8

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### What's your credit score?

**Find out by ordering your VantageScore℠ from Experian for only $6.** To order your VantageScore, call 1 888 322 5583.

**Protect and manage your credit with Credit Manager.** www.creditexpert.com.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.

# Experian
*A world of insight*

**Prepared for**
JOSE LUIS CALDERON

**Report number**
1964566865

**Report date**
January 23, 2009
www.experian.com/disputes
Call 800 509 8495

Page 3 of 8

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

**CANYON-CALDWELL MAGISTRA**
1115 ALBANY ST
CALDWELL ID 83605
*No phone number available*

| Identification number | Date filed | Responsibility | Claim amount |
|---|---|---|---|
| CV061328 | May 2006 | Individual | $3,064 |
| | Date resolved | | Liability amount |
| | Apr 2007 | | NA |

Status: Civil claim paid. Plaintiff: PORTFOLIO RECOVERY ASSOCIATES LL. This item is scheduled to continue on record until May 2013.
This item was verified on Oct 2008 and remained unchanged.
Address identification number: 168712072

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

**CREDIT FIRST N A**
6275 EASTLAND RD
BROOK PARK OH 44142
*No phone number available*
*Partial account number*  ▬

| Date opened | Date of status | Type | Responsibility |
|---|---|---|---|
| Nov 2008 | Jan 2009 | Revolving | Individual |
| Reported since | Last reported | Terms | |
| Dec 2008 | Jan 2009 | NA | |
| | | Monthly payment | |
| | | $26 | |

| Credit limit or original amount | Recent balance | Status: Open/Never late. |
|---|---|---|
| NA | $655 as of Jan 2009 | Address identification number: 168712072 |
| High balance | | |
| $705 | | |

*See History of account balances for additional information.*



:::: Experian™
A world of insight

**Prepared for**
JOSE LUIS CALDERON
**Report number**
1964566865

**Report date**
January 23, 2009
www.experian.com/disputes
Call 800 509 8495

Page 4 of 8

## Accounts in good standing continued

**MURDOCH FINANCE COMPANY**
353 N ORCHARD ST
BOISE ID 83706
No phone number available
*Partial account number*

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Apr 2007 | Jul 2007 | Installment | Individual | $3,113 | NA |
| *Reported since* Jul 2007 | *Last reported* Jul 2007 | *Terms* 12 Months | | *High balance* NA | |
| | | *Monthly payment* NA | | | |

Status: Paid,Closed.
This account is scheduled to continue on record until Jul 2017.
Address identification number: 168712072

---

**MURDOCH FINANCE COMPANY**
353 N ORCHARD ST
BOISE ID 83706
No phone number available
*Partial account number*

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jul 2007 | Jun 2008 | Installment | Individual | $3,446 | NA |
| *Reported since* Aug 2007 | *Last reported* Jun 2008 | *Terms* 14 Months | | *High balance* NA | |
| | | *Monthly payment* NA | | | |

Status: Paid,Closed/Never late.
This account is scheduled to continue on record until Jun 2018.
Address identification number: 168712072

---

**WELLS FARGO BANK**
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697
*Partial account number*
See History of account balances for additional information.

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Nov 2008 | Jan 2009 | Revolving | Individual | $700 | $460 as of Jan 2009 |
| *Reported since* Nov 2008 | *Last reported* Jan 2009 | *Terms* NA | | *High balance* $460 | |
| | | *Monthly payment* $30 | | | |

Status: Open/Never late.
Address identification number: 168712072

---

**WFS/WACHOVIA DEALER SVCS**
PO BOX 1697
WINTERVILLE NC 28590
No phone number available
*Partial account number*

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jun 2008 | Dec 2008 | Installment | Individual | $14,500 | $13,620 as of Dec 2008 |
| *Reported since* Jun 2008 | *Last reported* Dec 2008 | *Terms* 60 Months | | *High balance* NA | |
| | | *Monthly payment* $362 | | | |

Status: Open/Never late.
Address identification number: 168712072

Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.

## :::Experian™
### A world of insight

**Prepared for**
JOSE LUIS CALDERON
**Report number**
196456865

**Report date**
January 23, 2009
www.experian.com/disputes
Call 800 509 8495

## History of your account balances

If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. Accounts listed are not duplicates of accounts displayed in public records or credit items.

**CREDIT FIRST N A**
*Partial account number*
6770....
*As of Dec 2008 your credit limit/high balance was $705*

*Balance history*
Dec 2008: $705

**WELLS FARGO BANK**
*Partial account number*
446540005126.....
*Between Nov 2008 and Dec 2008, your credit limit/high balance was $700*

*Balance history*
Dec 2008: $0    Nov 2008: $0

Please Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.



# Experian
### A world of insight

**Prepared for**
JOSE LUIS CALDERON

**Report number**
1964566865

**Report date**
January 23, 2009
www.experian.com/disputes
Call 800 509 8495

**Page 6 of 8**

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

## Inquiries shared with others

The section below lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

**ADP/EDMARK CHEVROLET**
1570 CAN-ADA RD
NAMPA ID 83686
*No phone number available*
Address identification number: 168712072
**Date** Dec 1, 2008
**Reason** Auto loan. This inquiry is scheduled to continue on record until Jan 2011.

**WELLS FARGO BANK**
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697
Address identification number: 168712072
**Date** Nov 10, 2008
**Reason** Permissible purpose. This inquiry is scheduled to continue on record until Dec 2010.

**WELLS FARGO BANK**
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697
Address identification number: 168712072
**Date** Jul 22, 2008
**Reason** Permissible purpose. This inquiry is scheduled to continue on record until Aug 2010.

**ADP/TOM SCOTT HONDA**
3020 E CLEVELAND BLVD
CALDWELL ID 83605
*No phone number available*
Address identification number: 168712072
**Date** May 31, 2008
**Reason** Auto loan. This inquiry is scheduled to continue on record until Jun 2010.

**CREDCO**
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*
Address identification number: 168712072
**Date** May 31, 2008
**Reason** Auto loan on behalf of DAN WIEBOLD FORD. This inquiry is scheduled to continue on record until Jun 2010.

**WACHOVIA DEALER SVCS INC**
23 PASTEUR
IRVINE CA 92618
*No phone number available*
Address identification number: 168712072
**Date** May 31, 2008
**Reason** Permissible purpose. This inquiry is scheduled to continue on record until Jun 2010.

**WELLS FARGO BANK**
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697
Address identification number: 168712072
**Date** Nov 16, 2007
**Reason** Permissible purpose. This inquiry is scheduled to continue on record until Dec 2009.

**WELLS FARGO BANK**
Address identification number: 168712072
**Date** Jul 28, 2007
**Reason** Permissible purpose. This inquiry is scheduled to continue on record until Aug 2009.

Save a tree - go green if you need to contact us again by visiting www.experian.com/consumer, or call us.



# Experian
## A world of insight

**Prepared for**
JOSE LUIS CALDERON

**Report number**
196456865

**Report date**
January 23, 2009
www.experian.com/disputes
Call 800 509 8495

**Page 7 of 8**

## Inquiries shared only with you

We offer credit information about you to those with a permissible purpose, for example to: other creditors who want to offer you preapproved credit; an employer who wishes to extend an offer of employment; a potential investor in assessing the risk of a current obligation; Experian Consumer Assistance to process a report for you; your current creditors to monitor your accounts (date listed may reflect only the most recent request);a static copy of your credit report provided to a subsequent user necessary to complete your mortgage loan application.

Inquiries are shared only with you and may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

### These inquiries do not affect your credit score.

**CIC/EXPERIAN IDENTITY CH**
PO BOX 19729
IRVINE CA 92623
*Date* May 1, 2008

**PREMIER BANKCARD INC**
PO BOX 5114
SIOUX FALLS SD 57117
*Date* Jan 21, 2008

**CAP ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
*Date* Aug 22, 2007; Aug 12, 2007

**CAP ONE**
*Date* Aug 12, 2007

**WELLS FARGO BANK**
1200 CONCORD AVE
CONCORD CA 94520
*Date* Dec 16, 2008

**EXPERIAN**
PO BOX 9600
ALLEN TX 75013
*Date* Oct 2, 2008

**PREMIER BANKCARD INC**
PO BOX 5114
SIOUX FALLS SD 57117
*Date* Jul 8, 2008; Mar 14, 2008; Jan 21, 2008

**CAPITAL ONE AUTO FIN**
PO BOX 30281
SALT LAKE CITY UT 84130
*Date* May 31, 2008

**CIC/EXPERIAN CREDIT RPT**
PO BOX 19729
IRVINE CA 92623
*Date* May 1, 2008

0840371146



**Prepared for**
JOSE LUIS CALDERON

**Report number**
1964566865

**Report date**
January 23, 2009
www.experian.com/disputes
Call 800 509 8495

Page 8 of 8

**Employers**
PETERSON PAINTING    -
PLATINUM PAINTING AND CONS    -
PLATINUM INC    -

---End of Report---

If you disagree with information in your report you may dispute it at:
**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

# Personal Information

The following information is reported to us **by you, your creditors** and/or **other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

## Names

JOSE L CALDERON
Name identification number: 22156
JOSE LUIS CALDERON
Name identification number: 30683
JOSE   CALDERON
Name identification number: 19194

## Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and identifies which creditor, court or potential creditor reported the address to us. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|
| 415 MITCHELL DR<br>WILDER ID 83676-6002<br>**Address identification number**<br>0368712072 | Single family | 0-2220020-27-1080 |

## Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.
None

**Date of birth**
1986

**Telephone numbers**
208 880 4834

**Spouse or co-applicant**
JOSE

Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.