3/25/2009

*Advanced Credit Solutions*
*104 9th ave South*
*Nampa, ID 83651*

*Experian*
*P.O. Box 2002*
*Allen, TX 75013-2002*

*Re: Follow up/Challange to verification Process*

*To Whom It May Concern:*

*In accordance with the law, We have sent a letter to the following creditors in order to verify the debts you allege that my client owes. Since these creditors cannot verify debts to us, even though our client is the alleged debtor, how can your bureau claim to have verified them?*

*Unverified Account Debts:*

*Judgement/Canyon CV061328 Unknown account, please remove you have not verified the identification on this account it is not mine check it and you will see that you have made a big mistake !*

*Since these debts have not been verified according to the law, we demand that you remove all reference to these accounts from my client's credit report within the next 30 days.*

*Sincerely,*

*Advanced Credit Solutions*
*104 9th Ave South*
*Nampa, ID 83651*
*(208) 461-9443*

*Re:*
*Jose Luis Calderon*

*1986*
*615 Mitchell Drive*
*Wilder, ID 83678*
*3/25/2009*

5 8 2010

Advanced C_____ So_____ns
Just ___ ___ __
Tampa, ___ ___

Experian
P.O. Box ___
Allen, ___ ___ ___

RE: Dispute ___ ___

Dear Sir ___

This ___ ___ ___ ___ _sed notice of your failure to respond in a timely manner to our client's dispute ___ ___ ___ by registered mail with the U.S. Postal Service.

Federal ___ ___ ___ _out to respond within 30 days, yet you have failed to respond. Failures by credit report ___ ___ _les to comply with these federal regulations are investigated by the Federal Trade ___ _ssion (see 15 USC 41, et seq.). We are maintaining a careful record of our communications ___ ___ _ou on this matter, for the purpose of filing a complaint with the FTC should you continue ___ your non-compliance. We further remind you that, as in Wenger v. Trans Union Corp., ___ ___ _45, you may be liable for your willful non-compliance.

Be aware ___ ___ _ _aking a final goodwill attempt to have you clear up this matter. You have 15 days ___ ___

For your ben___ ___ __ a gesture of our goodwill, we will restate my client's dispute. The following ___ _count ___ _eeds to be verified and deleted from the report as soon as possible:

NCO Fina__ ___ ___ 49655
Judgement ___ __ ___ _51328 Unknown account, please remove

The listed ___ ___ _ _ereby inaccurate and incomplete, and is a very serious error in reporting. ___ ___ _lete this misleading information, and supply a corrected credit profile to all creditors ___ ___ _eived a copy within the last 6 months, or the last 2 years for employment purposes.

Additionally ___ ___ _vide the name, address, and telephone number of each credit grantor or other subscrib___

Under ___ ___ ___ _and 30 days to complete your re-investigation, yet you have failed to respond ___ ___ ___ matter.

Be advised ___ ___ _ription of the procedure used to determine the accuracy and completeness ___ ___ _formation is hereby requested as well, to be provided within 15 days of the completion ___ ___ _investigation.

7/20/2009

copy

Experian
P.O. Box 2002
Allen, TX 75013-2002

Re: Follow up

To Whom It May Concern:

In accordance with the law, We have sent a letter to the following Public Recourds at the county clercks office in order to verify the debts you allege that my client owes. Since these creditors cannot verify debts to us, even though I am the alleged debtor, how can your bureau claim to have verified them?

Unverified Account Debts:

Judgement/Canyon CV061328 Unknown account, please remove

You are adding wrong information that has not been verified by a county clerks office. You must remove these items as you cannot provide me proof. You did not verify with the court as I have proof that you have not contacted them.

Since these debts have not been verified according to the law, we demand that you remove all reference to these accounts from my client's credit report within the next 30 days.

Sincerely,

Jose Luis Calderon
615 Mitchell Drive
Wilder, ID 83678
███████████ DOB: ██████1986