8/20/2009

Experian
P.O. Box 2002
Allen, TX 75013-2002

RE: Request to provide Method of Verification

To Whom It May Concern:

I am concerned about the validity and accuracy of your recent investigation of

CANNON CALDWELL MAGISTRA COURT
0*00*326

that is reporting on my credit report. On May 8, 2009 I requested an investigation because I felt the item is not being reported legally. On July 28th, 2009 I received a letter stating that your investigation was complete. Please explain to me how you conducted your investigation!

1. Please explain to me what your representatives uncovered to lead them to believe that you are reporting this item as it legally should be reported?

2. What certified documents were reviewed to conclude your investigation?

3. Please provide a complete copy of all of the information that was transmitted to the data furnisher as part of the investigation.

4. What did it cost your company to obtain the documents needed to complete your investigation?

5. Please provide proof of your timely procurement of certified documents.

6. Did you speak directly to any agent of the company that was reporting the information to confirm the accuracy of what you are reporting?

7. If yes to above:

    a. Who did you speak to?
    b. On what date?
    c. How long was the conversation?
    d. What was their position?
    e. What telephone number did you call?
    f. What is the name of the employee of your company that spoke directly to the above party?
    g. What is the position of the employee of your company that spoke directly to the above party?
    h. How long has that employee been employed by your company?
    i. What formal training was provided to this employee to investigate items of this kind?
    j. Was there any e-mail or written communication between members of your company and the above party?

8. If so, please provide copies of all correspondence. Please supply copies of any and all conclusive documentation to prove that you have in fact conducted a reasonable investigation of the account in question.

9. Provide the date of the commencement of delinquency

10. Provide the SPECIFIC date reporting of this item will cease

11. Enclosed with your response to the above questions I respectfully request a notarized affidavit confirming the information that is provided is true and correct as per my civil rights granted under several federal laws. This information should not come as a form letter response.

My initial dispute was detailed and directly related to the account in question. A template response will not be an acceptable response. If you cannot supply ALL of the above information in a timely manner as detailed in several laws, including but not limited to the Fair Credit Reporting Act, I must immediately demand the permanent removal of this item from my credit report.

This erroneous entry is detrimental to my overall credit rating and has caused me severe financial and emotional distress. If you choose not to provide the above requested deletion or requested/required documentation of your investigation, I will pursue the enforcements of my constitutional rights via federal court proceedings. As you are well aware this information will come out through my formal discovery process, and necessary depositions. I have recently studied constitutional consumer protection laws along with civil/federal court procedures. I will represent myself pro-se and will formally request a jury trial.

Govern yourself accordingly,

**ADVANCED CREDIT SOLUTIONS**  
**104 9th Ave South**  
**Nampa, ID 83651**  
**(208) 461-9443**

FOR: Jose Luis Calderon  
615 Mitchell Drive  
Wilder, ID 83678  

DOB: █████ 1986