**∴Experian™**

A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ

**Report number**
1717513462

**Report date**
September 02, 2009

www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 1 of 10**

Dear **JOSE LUIS CALDERON-MARTINEZ,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

‖‖‖‖‖‖‖‖‖‖‖‖
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆MIXED AADC 530
0019009  2 MB 0.507 L 077
**JOSE LUIS CALDERON-MARTINEZ**
**615 MITCHELL DR**
**WILDER ID 83676-6002**
‖‖‖‖‖‖‖‖‖‖‖‖

When you question information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we contact the source of the information through an automated verification system or letter. We ask the source to check their records to verify all of the information regarding the item you questioned, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for investigation of information on an annual free credit report). Once we receive the response, we will send you the results of the investigation. If we do not receive a response within the required investigation period, we will update the item as you have requested or delete the information, and send you the results. When we complete our investigation process we will send you the results. Should you need to contact us again, please be sure to reference the Report Number at the top of this letter. To check the status of your investigation, you may log on to www.experian.com/consumer.

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

If you question the results of our investigation, then you may want to contact the data furnisher directly. Please refer to your original personal credit report for the business name, address, and phone number (if available) of the source that verified the information.



A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ

**Report number**
1717513462

**Report date**
September 02, 2009

www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013



**Experian™**
A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ
**Report number**
1717513462

**Report date**
September 02, 2009
**www.experian.com/disputes    Page 3 of 10**

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

## What's your credit score?

**Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call 1 888 322 5583.**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



:::: Experian™
A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ

**Report number**
1717513462

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 4 of 10**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | | | | |
|---|---|---|---|---|
| **CANYON-CALDWELL MAGISTRA**<br>1115 ALBANY ST<br>CALDWELL ID 83605<br>*No phone number available* | *Identification number*<br>CV061328 | *Date filed*<br>May 2006<br>*Date resolved*<br>Apr 2007 | *Responsibility*<br>Individual | *Claim amount*<br>$3,064<br>*Liability amount*<br>NA | Status: Civil claim paid, Plaintiff:<br>PORTFOLIO RECOVERY<br>ASSOCIATES LL. This item is<br>scheduled to continue on record until<br>May 2013.<br>This item was verified on Oct 2008<br>and remained unchanged.<br>Address identification number:<br>1687I2072 |

### Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

| | | | | |
|---|---|---|---|---|
| **CREDIT FIRST NA/ FIRESTONE**<br>6275 EASTLAND RD<br>BROOK PARK OH 44142<br>*No phone number available*<br>**Partial account number**  | *Date opened*<br>Nov 2008<br>*Reported since*<br>Apr 2009 | *Date of status*<br>Apr 2009<br>*Last reported*<br>Dec 2008 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>$24 | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$0<br>*High balance*<br>$705 | *Recent balance*<br>NA /paid as<br>of Apr 2009 | Status: Open/Never late.<br>Address identification number:<br>1687I2072 |

*See History of account balances for additional information.*


:::: Experian™
A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ

**Report number**
1717513462

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 5 of 10**

## Accounts in good standing continued

### MURDOCH FINANCE COMPANY
353 N ORCHARD ST
BOISE ID 83706
*No phone number available*
**Partial account number**

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Apr 2007 | Jul 2007 | Installment | Individual | $3,113 | NA |
| Reported since | Last reported | Terms | | High balance | |
| Jul 2007 | Jul 2007 | 12 Months | | NA | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Paid,Closed.
This account is scheduled to continue on record until Jul 2017.
Address identification number:
168712072

### MURDOCH FINANCE COMPANY
353 N ORCHARD ST
BOISE ID 83706
*No phone number available*
**Partial account number**

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jul 2007 | Jun 2008 | Installment | Individual | $3,446 | NA |
| Reported since | Last reported | Terms | | High balance | |
| Aug 2007 | Jun 2008 | 14 Months | | NA | |
| | | Monthly payment | | | |
| | | NA | | | |

Status: Open/Never late.
This account is scheduled to continue on record until Jun 2018.
Address identification number:
168712072

### WELLS FARGO BANK
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697
**Partial account number**
*See History of account balances for additional information*

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Nov 2008 | Aug 2009 | Revolving | Individual | $700 | $646 as of Aug 2009 |
| Reported since | Last reported | Terms | | High balance | Recent Payment |
| Nov 2008 | Aug 2009 | NA | | $685 | $50 |
| | | Monthly payment | | | |
| | | $25 | | | |

Status: Open/Never late.
Address identification number:
168712072

### WFS/WACHOVIA DEALER SVCS
PO BOX 1697
WINTERVILLE NC 28590
*No phone number available*
**Partial account number**

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jun 2008 | Aug 2009 | Installment | Individual | $14,500 | $12,418 as of Aug 2009 |
| Reported since | Last reported | Terms | | High balance | |
| Jun 2008 | Aug 2009 | 60 Months | | NA | |
| | | Monthly payment | | | |
| | | $362 | | | |

Status: Open/Never late.
Address identification number:
168712072

Please contact the green if you need to contact us again by visiting www.experian.com/consumer, or call us.

0840371146 | 877 1000 000000



Experian™
A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ
**Report number**
1717513462

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 6 of 10**

## History of your account balances

If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. Accounts listed are not duplicates of accounts displayed in public records or credit items.

### CREDIT FIRST NA/ FIRESTONE
*Partial account number*
56770....

*Between Dec 2008 and Mar 2009, your credit limit/high balance was $705*

*Balance history*
Mar 2009: $594    Feb 2009: $605    Jan 2009: $655    Dec 2008: $705

### WELLS FARGO BANK
*Partial account number*
446540005126....

*Between Nov 2008 and Jul 2009, your credit limit/high balance was $700*

*Balance history*
Jul 2009: $685    Jun 2009: $89    May 2009: $65    Apr 2009: $257    Mar 2009: $440    Feb 2009: $534
Jan 2009: $460    Dec 2008: $0    Nov 2008: $0





Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ

**Report number**
171751462

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 7 of 10**

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

### Inquiries shared with others

...ction below lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

**ADP/TOM SCOTT HONDA**
3020 E CLEVELAND BLVD
CALDWELL ID 83605
*No phone number available*

*Date*
May 31, 2008

*Reason*
Auto loan. This inquiry is scheduled to continue on record until Jun 2010.

Address identification number: 1687 12072

**CREDCO**
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*

*Date*
May 31, 2008

*Reason*
Auto loan on behalf of DAN WIEBOLD FORD. This inquiry is scheduled to continue on record until Jun 2010.

Address identification number: 1687 12072

**WACHOVIA DEALER SVCS INC**
23 PASTEUR
IRVINE CA 92618
*No phone number available*

*Date*
May 31, 2008

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Jun 2010.

Address identification number: 1687 12072

**WELLS FARGO BANK**
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697

*Date*
Nov 16, 2007

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Dec 2009.

Address identification number: 1687 12072

**CREDCO**
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*

*Date*
Mar 27, 2009

*Reason*
Real estate loan on behalf of HOME MORTGAGE RESOURCES. This inquiry is scheduled to continue on record until Apr 2011.

Address identification number: 1687 12072

**ADP/EDMARK CHEVROLET**
1570 CAN-ADA RD
NAMPA ID 83686
*No phone number available*

*Date*
Dec 1, 2008

*Reason*
Auto loan. This inquiry is scheduled to continue on record until Jan 2011.

Address identification number: 1687 12072

**WELLS FARGO BANK**
PO BOX 5445
PORTLAND OR 97228
(877) 778-5697

*Date*
Nov 10, 2008

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Dec 2010.

Address identification number: 1687 12072

**WELLS FARGO BANK**

*Date*
Jul 22, 2008

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Aug 2010.

Address identification number: 1687 12072

Case 1:11-cv-00286-JTN Doc #1-10 Filed 08/18/11 Page 1 of 1 ...



**Experian**
A world of insight

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ
**Report number**
1717513462

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 8 of 10**

## Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- a static copy of your credit report provided to a subsequent user necessary to complete your mortgage loan application.

## These inquiries do not affect your credit score.

| | |
|---|---|
| **CAPITAL ONE AUTO FIN**<br>PO BOX 30281<br>SALT LAKE CITY UT 84130 | **Date**<br>May 31, 2008 |
| **CIC/EXPERIAN CREDIT RPT**<br>PO BOX 19729<br>IRVINE CA 92623 | **Date**<br>May 1, 2008 |
| **CIC/EXPERIAN IDENTITY CH**<br>PO BOX 19729<br>IRVINE CA 92623 | **Date**<br>May 1, 2008 |
| **PREMIER BANKCARD INC**<br>PO BOX 5114<br>SIOUX FALLS SD 57117 | **Date**<br>Jan 21, 2008 |
| **CAP ONE**<br>PO BOX 30281<br>SALT LAKE CITY UT 84130 | **Date**<br>Aug 22, 2007; Aug 12, 2007 |
| **CAP ONE** | **Date**<br>Aug 12, 2007 |

| | |
|---|---|
| **WELLS FARGO BANK**<br>2220 CONCORD AVE<br>CONCORD CA 94520 | **Date**<br>Jul 17, 2009 |
| **PROGRESSIVE INSURANCE**<br>6300 WILSON MILLS RD<br>CLEVELAND OH 44143 | **Date**<br>May 29, 2009 |
| **WELLS FARGO BANK**<br>2220 CONCORD AVE<br>CONCORD CA 94520 | **Date**<br>Dec 16, 2008 |
| **EXPERIAN**<br>PO BOX 9600<br>ALLEN TX 75013 | **Date**<br>Oct 2, 2008 |
| **PREMIER BANKCARD INC**<br>PO BOX 5114<br>SIOUX FALLS SD 57117 | **Date**<br>Jul 8, 2008; Mar 14, 2008; Jan 21, 2008 |

⋮⋮⋮⋮ **Experian**™
A world of insight

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 9 of 10**

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ

**Report number**
1717513462

---

# Personal Information

The following information is reported to us **by you, your creditors** and/or **other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

## Names

JOSE L CALDERON
**Name identification number:** 22156

JOSE LUIS CALDERON
**Name identification number:** 30683

JOHE CALDRON
**Name identification number:** 14067

JOSE CALDERON
**Name identification number:** 19194

## Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and identifies which creditor, court or potential creditor reported the address to us. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| | *Type of address* | *Geographical code* |
|---|---|---|
| MITCHELL DR | Single family | 0-2220020-27-1080 |
| **Address identification number**<br>0687|2072 | | |

## Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.

## Date of birth
1986

## Telephone numbers
208 880 4834

**Spouse or co-applicant**
JOSE

**Employers**
PETERSON PAINTING  -

PLATINUM PAINTING AND CONS  -

PLATINUM INC  -

---

**---End of Report---**

If you disagree with information in your report you may dispute it at:
**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

:::: Experian™
A world of insight

THIS PAGE INTENTIONALLY LEFT BLANK

**Prepared for**
JOSE LUIS CALDERON-MARTINEZ
**Report number**
1717513462

**Report date**
September 02, 2009
www.experian.com/disputes
PO BOX 9701, Allen, TX 75013

**Page 10 of 10**