

Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON MARTINEZ
**Report number**
**4273950560**

**Report date**
November 25, 2009
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Dear JOSE LUIS CALDERON MARTINEZ,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

****************MIXED AADC 601
0008155 2 MB 0.507 L 243
JOSE LUIS CALDERON MARTINEZ
615 MITCHELL DR
WILDER ID 83676-6002

When you question information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we contact the source of the information through an automated verification system or letter. We ask the source to check their records to verify all of the information regarding the item you questioned, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for investigation of information on an annual free credit report). Once we receive the response, we will send you the results of the investigation. If we do not receive a response within the required investigation period, we will update the item as you have requested or delete the information, and send you the results. When we complete our investigation process we will send you the results. Should you need to contact us again, please be sure to reference the Report Number at the top of this letter. To check the status of your investigation, you may log on to www.experian.com/consumer.

If you question the results of our investigation, then you may want to contact the data furnisher directly. Please refer to your original personal credit report for the business name, address, and phone number (if available) of the source that verified the information.

Sincerely,

Experian
NCAC
P.O. Box 2002
Allen TX 75013

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

**What's your credit score?**

**Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call 1 888 322 5583.**

By law, we cannot disclose certain medical information (relating to physical, menta' behavioral health or condit Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON MARTINEZ
**Report number**
**4273950560**

**Report date**
November 25, 2009
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

**CANYON-CALDWELL MAGISTRA**
1115 ALBANY ST
CALDWELL ID 83605
*No phone number available*

*Identification number*
CV061328

*Date filed*
May 2006
*Date resolved*
Apr 2007

*Responsibility*
Individual

*Claim amount*
$3,064
*Liability amount*
NA

Status: Civil claim paid. Plaintiff: PORTFOLIO RECOVERY ASSOCIATES LL. This item is scheduled to continue on record until May 2013.
This item was verified on Oct 2008 and remained unchanged.
Address identification number: 168712072

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Credit items

**CREDIT FIRST NA/ FIRESTONE**
6275 EASTLAND RD
BROOK PARK OH 44142
*No phone number available*
***Partial account number***
[redacted]

*Date opened*
Nov 2008
*Reported since*
Dec 2008

*Date of status*
Nov 2009
*Last reported*
Nov 2009

*Type*
Revolving
*Terms*
NA
*Monthly payment*
$44

*Responsibility*
Individual

*Credit limit or original amount*
NA
*High balance*
$1,154

*Recent balance*
$1,108 as of Nov 2009

Status: Open/Never late.
Address identification number: 168712072

*See History of account balances for additional information.*

:::: Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON MARTINEZ

**Report number**
4273950560

**Report date**
November 25, 2009

www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 4 of 8**

## Accounts in good standing continued

| | | | | | |
|---|---|---|---|---|---|
| **MURDOCH FINANCE COMPANY**<br>353 N ORCHARD ST<br>BOISE ID 83706<br>No phone number available<br>▓▓▓▓▓<br>*Partial account number* | Date opened<br>Apr 2007<br>Reported since<br>Jul 2007 | Date of status<br>Jul 2007<br>Last reported<br>Jul 2007 | Type<br>Installment<br>Terms<br>12 Months<br>Monthly payment<br>NA | Responsibility<br>Individual | Credit limit or original amount<br>$3,113<br>High balance<br>NA | Recent balance<br>NA | Status: Paid,Closed.<br>This account is scheduled to continue on record until Jul 2017.<br>Address identification number:<br>16871 2072 |
| **MURDOCH FINANCE COMPANY**<br>353 N ORCHARD ST<br>BOISE ID 83706<br>No phone number available<br>▓▓▓▓▓<br>*Partial account number* | Date opened<br>Jul 2007<br>Reported since<br>Aug 2007 | Date of status<br>Jun 2008<br>Last reported<br>Jun 2008 | Type<br>Installment<br>Terms<br>14 Months<br>Monthly payment<br>NA | Responsibility<br>Individual | Credit limit or original amount<br>$3,446<br>High balance<br>NA | Recent balance<br>NA | Status: Paid,Closed/Never late.<br>This account is scheduled to continue on record until Jun 2018.<br>Address identification number:<br>16871 2072 |
| **WELLS FARGO BANK**<br>PO BOX 5445<br>PORTLAND OR 97228<br>(877) 778-5697<br>▓▓▓▓▓<br>*Partial account number*<br>See History of account balances for additional information. | Date opened<br>Nov 2008<br>Reported since<br>Nov 2008 | Date of status<br>Nov 2009<br>Last reported<br>Nov 2009 | Type<br>Revolving<br>Terms<br>NA<br>Monthly payment<br>$25 | Responsibility<br>Individual | Credit limit or original amount<br>$700<br>High balance<br>$737 | Recent balance<br>$640 as of Nov 2009<br>Recent Payment<br>$50 | Status: Open/Never late.<br>Address identification number:<br>16871 2072 |
| **WFS/WACHOVIA DEALER SERVICES**<br>PO BOX 1697<br>WINTERVILLE NC 28590<br>No phone number available<br>▓▓▓▓▓<br>*Partial account number* | Date opened<br>Jun 2008<br>Reported since<br>Jun 2008 | Date of status<br>Oct 2009<br>Last reported<br>Oct 2009 | Type<br>Installment<br>Terms<br>60 Months<br>Monthly payment<br>$362 | Responsibility<br>Individual | Credit limit or original amount<br>$14,500<br>High balance<br>NA | Recent balance<br>$12,042 as of Oct 2009 | Status: Open/Never late.<br>Address identification number:<br>16871 2072 |



0840321146

Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON MARTINEZ
**Report number**
4273950560

**Report date**
November 25, 2009
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

## History of your account balances

If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. Accounts listed are not duplicates of accounts displayed in public records or credit items.

**CREDIT FIRST NA/ FIRESTONE**
*Partial account number*
770....

*Between Oct 2009 and Oct 2009, your credit limit/high balance was $1,154*

*Between Dec 2008 and Apr 2009, your credit limit/high balance was $705*

*Balance history*
Oct 2009: $1,154 Apr 2009: $0 Mar 2009: $594 Feb 2009: $605 Jan 2009: $655 Dec 2008: $705

**WELLS FARGO BANK**
*Partial account number*
446540005126....

*Between Nov 2008 and Oct 2009, your credit limit/high balance was $700*

*Balance history*
Oct 2009: $670 Sep 2009: $638 Aug 2009: $646 Jul 2009: $685 Jun 2009: $89 May 2009: $65
Apr 2009: $257 Mar 2009: $440 Feb 2009: $534 Jan 2009: $460 Dec 2008: $0 Nov 2008: $0

We ... if you need to contact us again by ... www.experian.com/consumer, or call us.

0840321146



Case 1:11-cv-00386-EJL-MHW Document 1-11 Filed 08/18/11 Page 6 of 8

Experian
A world of insight

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

### Inquiries shared with others

The section below lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

| Company | *Date* | *Reason* |
|---|---|---|
| **CIS WEST-FANNIE MAE**<br>6975 SW SANDBURG RD STE 120<br>PORTLAND OR 97223<br>*No phone number available*<br>Address identification number: 168712072 | Nov 23, 2009 | Real estate loan on behalf of HOME MORTGAGE RESOURCES. This inquiry is scheduled to continue on record until Dec 2011. |
| **CREDCO**<br>12395 FIRST AMERICAN WAY<br>POWAY CA 92064<br>*No phone number available*<br>Address identification number: 168712072 | Mar 27, 2009 | Real estate loan on behalf of HOME MORTGAGE RESOURCES. This inquiry is scheduled to continue on record until Apr 2011. |
| **ADP/EDMARK CHEVROLET**<br>1570 CAN-ADA RD<br>NAMPA ID 83686<br>*No phone number available*<br>Address identification number: 168712072 | Dec 1, 2008 | Auto loan. This inquiry is scheduled to continue on record until Jan 2011. |
| **WELLS FARGO BANK**<br>PO BOX 5445<br>PORTLAND OR 97228<br>(877) 778-5697<br>Address identification number: 168712072 | Nov 10, 2008 | Permissible purpose. This inquiry is scheduled to continue on record until Dec 2010. |
| **WELLS FARGO BANK**<br>*No phone number available*<br>Address identification number: 168712072 | Jul 22, 2008 | Permissible purpose. This inquiry is scheduled to continue on record until Aug 2010. |
| **ADP/TOM SCOTT HONDA**<br>3020 E CLEVELAND BLVD<br>CALDWELL ID 83605<br>*No phone number available*<br>Address identification number: 168712072 | May 31, 2008 | Auto loan. This inquiry is scheduled to continue on record until Jun 2010. |
| **CREDCO**<br>12395 FIRST AMERICAN WAY<br>POWAY CA 92064<br>*No phone number available*<br>Address identification number: 168712072 | May 31, 2008 | Auto loan on behalf of DAN WIEBOLD FORD. This inquiry is scheduled to continue on record until Jun 2010. |
| **WACHOVIA DEALER SVCS INC**<br>23 PASTEUR<br>IRVINE CA 92618<br>*No phone number available*<br>Address identification number: 168712072 | May 31, 2008 | Permissible purpose. This inquiry is scheduled to continue on record until Jun 2010. |
| **WELLS FARGO BANK**<br>PO BOX 5445<br>PORTLAND OR 97228<br>(877) 778-5697<br>Address identification number: 168712072 | Nov 16, 2007 | Permissible purpose. This inquiry is scheduled to continue on record until Dec 2009. |



Case 1:11-cv-00386-EJL-MHW Document 1-11 Filed 08/18/11 Page 7 of 8

Experian
A world of insight

**Prepared for**
JOSE LUIS CALDERON MARTINEZ
**Report number**
4273950560

**Report date**
November 25, 2009
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013

**Page 7 of 8**

**Inquiries shared only with you**

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- a static copy of your credit report provided to a subsequent user necessary to complete your mortgage loan application.

**These inquiries do not affect your credit score.**

**EXPERIAN**
PO BOX 9600
ALLEN TX 75013
*Date*
Oct 9, 2009; Oct 2, 2008

**WELLS FARGO BANK**
1220 CONCORD AVE
CONCORD CA 94520
*Date*
Sep 18, 2009

**PROGRESSIVE INSURANCE**
6?1? WILSON MILLS RD
C?LEVELAND OH 44143
*Date*
May 29, 2009

**WELLS FARGO BANK**
1220 CONCORD AVE
CONCORD CA 94520
*Date*
Dec 16, 2008

**PREMIER BANKCARD INC**
PO BOX 5114
SIOUX FALLS SD 57117
*Date*
Jul 8, 2008; Mar 14, 2008; Jan 21, 2008

**CAPITAL ONE AUTO FINANCE**
PO BOX 30281
SALT LAKE CITY UT 84130
*Date*
May 31, 2008

**CIC/EXPERIAN CREDIT RPT**
PO BOX 19729
IRVINE CA 92623
*Date*
May 1, 2008

**CONSUMERINFO.COM INC**
PO BOX 19729
IRVINE CA 92623
*Date*
May 1, 2008

**PREMIER BANKCARD INC**
PO BOX 5114
SIOUX FALLS SD 57117
*Date*
Jan 21, 2008

0840321146

**Prepared for**
JOSE LUIS CALDERON MARTINEZ
**Report number**
**4273950560**

**Report date**
November 25, 2009
www.experian.com/disputes
P.O. Box 2002, Allen, TX 75013



## Personal information

The following information is reported to us **by you, your creditors** and/or **other sources**. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

JOSE L CALDERON
**Name identification number:** 22156
JOSE LUIS CALDERON
**Name identification number:** 30683
JOSE CALDERON
**Name identification number:** 19194

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and identifies which creditor, court or potential creditor reported the address to us. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| | *Type of address* | *Geographical code* |
|---|---|---|
| 615 MITCHELL DR<br>WILDER ID 83676-6002 | Single family | 0-2220020-27-1080 |

**Address identification number**
0188712072

### Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.
None

### Date of birth

[redacted] 1986

### Telephone numbers

208 880 4834

### Spouse or co-applicant

JOSE

### Employers

PETERSON PAINTING -
PLATINUM PAINTING AND CONS -
PLATINUM INC -

**---End of Report---**

If you disagree with information in your report you may dispute it at:
**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

0840321146 1 243 08155-0404000