Jason Prince, ISB No. 7227
*E-mail: jeprince@stoel.com*
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorney for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No: 1:11-cv-00386-EJL<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby provides the following answer to Plaintiff Jose Luis Calderon's ("Plaintiff") Complaint:

### RESPONSE TO INTRODUCTION

1. In response to paragraph 1 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 1 of the Complaint.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 1**

70941191.1 0099999-00001

2. In response to paragraph 2 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 2 of the Complaint.

3. In response to paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 3 of the Complaint.

4. In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 4 of the Complaint.

5. In response to paragraph 5 of the Complaint, Experian states that the allegations contained therein consist of legal conclusions, which are not subject to denial or admission.

6. In response to paragraph 6 of the Complaint, Experian admits that Plaintiff purports to bring claims for damages against Experian. Experian denies that it is liable to Plaintiff under the FCRA or any state law, and further denies that Plaintiff has been damaged as a result of any actions or omissions of Experian.

**RESPONSE TO ALLEGATIONS OF JURISDICTION AND VENUE**

7. In response to paragraph 7, Experian admits that Plaintiff has alleged that jurisdiction and venue are proper in this District, and that Plaintiff has alleged that the Court has subject matter jurisdiction over this action. Experian states that these are legal conclusions, which are not subject to denial or admission.

**RESPONSE TO ALLEGATIONS REGARDING PARTIES**

8. In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 8 of the Complaint.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 2**

9. In response to paragraph 9 of the Complaint, Experian admits that it is a corporation incorporated under the laws of the State of Ohio, and conducts business in the State of Idaho.

## RESPONSE TO BACKGROUND AND FACTUAL ALLEGATIONS

12. In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 12 of the Complaint[1].

13. In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 13 of the Complaint.

14. In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 14 of the Complaint.

15. In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 15 of the Complaint.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 16 of the Complaint.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 17 of the Complaint.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 18 of the Complaint.

---

[1] Experian notes that Plaintiff's Complaint contains no paragraph 10 or 11. Accordingly, Experian responds to Plaintiff's allegations in accordance with the paragraph numbering set forth in Plaintiff's Complaint.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 3**

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 19 of the Complaint.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 20 of the Complaint.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 21 of the Complaint.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 22 of the Complaint.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 23 of the Complaint.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 24 of the Complaint.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 25 of the Complaint.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 26 of the Complaint.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 4**

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 27 of the Complaint.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 28 of the Complaint.

29. In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 29 of the Complaint.

30. In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 30 of the Complaint.

31. In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 31 of the Complaint.

32. In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 32 of the Complaint.

33. In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 33 of the Complaint.

34. In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 34 of the Complaint.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 5**

35. In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 35 of the Complaint.

36. In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 36 of the Complaint.

37. In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 37 of the Complaint.

38. In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 38 of the Complaint.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 39 of the Complaint.

## RESPONSE TO COUNT ONE

## ALLEGED VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

40. In response to paragraph 40 of the Complaint, Experian incorporates its responses to paragraphs 1-39 of the Complaint as though fully set forth herein.

41. In response to paragraph 41 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission.

42. In response to paragraph 42 of the Complaint, Experian admits it is a "consumer reporting agency," as that term is defined under the FCRA.

43. In response to paragraph 43 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 6**

44. In response to paragraph 44 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission.

45. In response to paragraph 45 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission.

46. In response to paragraph 46 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained in paragraph 46 of the Complaint.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 47 of the Complaint.

48. In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 48 of the Complaint.

49. In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 49 of the Complaint.

50. In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 50 of the Complaint.

51. In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 51 of the Complaint.

52. In response to paragraph 52 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 7**

belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 52 of the Complaint.

53. In response to paragraph 53 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 53 of the Complaint.

54. In response to paragraph 54 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 54 of the Complaint.

55. In response to paragraph 55 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 55 of the Complaint.

56. In response to paragraph 56 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 56 of the Complaint.

57. In response to paragraph 57 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 57 of the Complaint.

58. In response to paragraph 58 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 58 of the Complaint.

49. In response to paragraph 49 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission[2].

50. In response to paragraph 50 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission.

51. In response to paragraph 51 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission.

52. In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 52 of the Complaint.

53. In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 53 of the Complaint.

54. In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 54 of the Complaint.

55. In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 55 of the Complaint.

---

[2] Experian states that Plaintiff once again has incorrectly numbered his Complaint, with paragraph 58 immediately preceding paragraph 49. Experian will respond to the allegations according to the manner in which they are numbered in Plaintiff's Complaint.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 9**

56. In response to paragraph 56 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained in paragraph 56 of the Complaint.

57. In response to paragraph 57, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 57 of the Complaint.

58. In response to paragraph 58 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 58 of the Complaint.

59. In response to paragraph 59 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 59 of the Complaint.

60. In response to paragraph 60 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 60 of the Complaint.

61. In response to paragraph 61 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 10**

belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 61 of the Complaint.

62. In response to paragraph 62 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and, on that basis, denies each and every allegation contained in paragraph 62 of the Complaint.

63. In response to paragraph 63 of the Complaint, Experian states that the allegations contained therein are legal conclusions, which are not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained in paragraph 63 of the Complaint.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby provides the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM)

64. The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE
### (IMMUNITY)

65. All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 11**

### THIRD AFFIRMATIVE DEFENSE

### (INDEMNIFICATION)

66. Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### FOURTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

67. Plaintiff has failed to mitigate Plaintiff's damages.

### FIFTH AFFIRMATIVE DEFENSE

### (LACHES)

68. The Complaint and each claim for relief therein is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

69. The Complaint and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

### (WAIVER)

70. Plaintiff's claims are barred, in whole or in part, by the doctrine of wavier.

### EIGHTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

71. Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 12**

## NINTH AFFIRMATIVE DEFENSE
### (ESTOPPEL)

72.     Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## TENTH AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

73.     Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## ELEVENTH AFFIRMATIVE DEFENSE
### (INTERVENING CAUSE)

74.     Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## TWELFTH AFFIRMATIVE DEFENSE
### (COLLATERAL ESTOPPEL)

75.     On information and belief, the claims contained in the Complaint, in whole or in part, are barred by the doctrine of collateral estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

76.     Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 13**

    (1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

    (2)    For costs of suit and attorneys' fees herein incurred; and

    (3)    For such other and further relief that this Court may deem necessary and proper

Dated: October 14 , 2011        STOEL RIVES LLP

By: _____
Jason E. Prince

Attorney for Defendant
Experian Information Solutions, Inc.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 14**

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2011, I served a copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Ryan T. Earl – ryantearl@earlandearllegal.com

Sylvia A. Goldsmith - sgoldsmith@sgoldsmithlawoffice.com

_____
Jason E. Prince

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 15**