5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

JOSE LUIS CALDERON,   )
                      )   Case No.  CV 11-386-EJL
                      )
v.                    )
                      )   APPLICATION FOR ADMISSION
EXPERIAN INFORMATION SOLUTIONS, INC. )   PRO HAC VICE
                      )
                      )
_____)   Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Daniel J. McLoon, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Experian Information Solutions, Inc.

The applicant hereby attests as follows:

1. Applicant resides in Los Angeles, California, and practices at the following address and phone number Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071 (213) 489-3939

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                          Dates:

***SEE ATTACHMENT***

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Jason E. Prince, a member in good standing of the bar of this court, of the firm of Stoel Rives LLP, practices at the following office address and phone number: 101 S. Capitol Blvd., Ste. 1900, Boise Idaho 83702. Telephone: (208) 389-9000

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 9th day of August, 2012.

Applicant  Daniel J. McLoon

/s/ Jason E. Prince
Designee   Jason E. Prince

Signed under penalty of perjury.

Daniel J. McLoon
Federal Court Admissions

| | | |
|---|---|---|
| 1. | USDC Central District of California | 12/23/83 |
| 2. | USDC Eastern District of California | 03/01/01 |
| 3. | USDC Northern District of California | 11/01/89 |
| 4. | USDC Southern District of California | 1996 |
| 5. | USDC Northern District of Texas | 10/01/97 |
| 6. | USDC Southern District of Texas | 11/01/02 |
| 7. | USDC for the District of Arizona | 1991 |
| 8. | US Tax Court | 03/01/84 |
| 9. | US Court of Appeals -Ninth Circuit | 07/01/88 |
| 10. | US Supreme Court | 10/01/01 |