Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **JOSE LUIS CALDERON**, ) | |
| ) | CASE NO.: 1:11-CV-00386-EJL |
| Plaintiff, ) | |
| ) | JUDGE LODGE |
| v. ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.**, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S *SECOND* MOTION TO COMPEL DISCOVERY**
**AND FOR RULE 37(c)(1) SANCTIONS**

NOW COMES Plaintiff, Jose Luis Calderon, by and through the undersigned counsel, and pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, hereby moves the Court to compel the specific discovery or, in the alternative, to sanction Defendant, Experian Information Solutions, Inc., as follows:

(1) A full and complete response to Interrogatory No. 4 (including production of documents as requested in corresponding Document Request No. 23) with respect to exchange of money by and between the Experian entities with respect to consumer disputes done in Santiago, Chile;

(2) Any and all documents as well as a knowledgeable witness to testify as to Document Request No. 15 with respect to all cost/benefit analyses relating to the reinvestigation of disputed information;

(3) Any and all documents as well as a knowledgeable witness to testify as to Document Request No. 13 with respect to incentives paid to dispute agents in general, and specifically with respect to each and every dispute agent that handled any aspect of any dispute made by Plaintiff;

(4) The depositions of three (3) individual dispute agents located in Santiago, Chile, OR an Order estopping Experian from putting on any defense that any reinvestigations done in Chile were reasonable;

(5) An Order estopping Experian from putting on any defense that it relied on any statutory or other legal readings and/or interpretations made by or for Experian with respect to the conduct at issue here;

(6) Any and all documentation as well as a knowledgeable witness to testify as to Subjects of Examination Nos. 4, 5 and 6, set forth in Plaintiff's Amended Notice of Rule 30(b)(6) Deposition, OR an Order estopping Experian from putting on any defense as to Plaintiff's claims of willfulness;

(7) The depositions of Tony Reeves, Lee Lundy, Steven Wagner and Kerry Williams, OR an Order estopping Experian from putting on any defense as to Plaintiff's claims of willfulness;

The reasons for this motion are more fully set forth in a Memorandum in Support of Plaintiff's Second Motion to Compel Discovery and for Rule 37(c)(1) Sanctions which is being filed contemporaneously herewith and is incorporated herein by reference.

Pursuant to Local Rule 37.1, Plaintiff has made numerous reasonable efforts to reach agreement with opposing counsel as to each of the foregoing issues. The specifics of these efforts are detailed at length in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **Plaintiff's *Second* Motion to Compel Discovery and for Rule 37(c)(1) Sanctions** was served on the 23rd day of August, 2012, by the means indicated below, on the following counsel of record:

*By Electronic Mail Delivery*:

Jason E. Prince, Esq.
STOEL RIVES LLP
101 S. Capitol Blvd.
Boise, ID 83702
Tel.: (208) 387-4288
Fax: (208) 380-9040

Daniel J. McLoon, Esq. (Admitted *Pro Hac Vice*)
Angela M. Taylor, Esq. (Admitted *Pro Hac Vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

       /s/ Sylvia A. Goldsmith
      Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
      LAW OFFICE OF SYLVIA A. GOLDSMITH
      Attorney for Plaintiff