CERTIFIED COPY

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOSE LUIS CALDERON | X | Case No: 1:11-cv-00386-EJL |
| | X | |
| VS. | X | |
| | X | |
| EXPERIAN INFORMATION | X | |
| SOLUTIONS, INC. | X | |

ORAL DEPOSITION OF

TERESA IWANSKI

July 26, 2012

     ORAL DEPOSITION OF TERESA IWANSKI, produced as a
witness at the instance of the Plaintiff, and duly sworn, was
taken in the above-styled and above-numbered cause on the
26th day of July, 2012, from 9:05 a.m. to 6:18 p.m., before
Laura D. Glenn, CSR in and for the State of Texas, reported by
machine shorthand, at the law offices of Jones Day,
2727 Harwood Road, Fifth Floor, located in the city of Dallas,
state of Texas, pursuant to the Rules of Civil Procedure and
the provisions stated on the record.



**MAXENE WEINBERG AGENCY**
*Litigation Support From Opening to Verdict*
800-640-1949 | www.mwadepos.net

1      agents overall are paid and compensated.

2                  But as you can probably understand, this has

3      changed over the years.  You have given no time parameters to

4      the questions you're asking, nor have you specified particular

5      agents.

6                  So yes, she has a great deal of understanding

7      as to how agents are paid, but the way you're asking the

8      questions makes it virtually impossible to answer.

9          Q.   (BY MS. GOLDSMITH)  All righty, then.  Ms. Iwanski,

10     have you reviewed how any of the agents that handled

11     Mr. Calderon's disputes are paid?

12         A.   No, ma'am.

13         Q.   Are you in a position to tell me how their pay has

14     been determined?

15         A.   I just don't have specific knowledge about their

16     particular pay.

17         Q.   Okay.  Do you have specific knowledge about how

18     agents located in the Santiago NCAC for the time frame of 2008

19     to 2011 were compensated?

20         A.   I just know it to be different as far as the U.S.

21     employees.  Beyond that, I don't have specific information

22     about their pay.

23                  MS. GOLDSMITH:  Ms. Taylor, I'm still not

24     understanding.  I mean, if you have a suggestion for how I'm

25     supposed to ask that question, I'm not seeing that this

Page 62

1    witness has any sort of specific knowledge about the people

2    that handled my client's disputes for the relevant period of

3    time and how they were -- and how they were compensated.

4            MS. TAYLOR:  I still believe that you're asking

5    the questions incorrectly.

6            MS. GOLDSMITH:  Well, if you would like to give

7    me some direction because we have a -- we have a vague

8    situation.  Because I've asked specifically if she has

9    information as to whether or not -- or -- or to what extent

10   and how the agents that handled my client's disputes were

11   compensated and she said no.

12           MS. TAYLOR:  You know, and you're using the

13   word compensated.  I think that here, you need to be much more

14   specific in the questions you're asking.  Your deposition

15   topic talks about generally pay, incentives.  I think it

16   particularly means, you know, bonus pays, different things

17   like that.  You know, when you're using the general terms, I

18   think it makes it hard for her to answer the question.

19           I'm not going to tell you the questions to ask.

20   I can tell you that this witness does have information about

21   how employees in Santiago specifically for this dispute, you

22   know, whether there's incentive pay, whether there's, you

23   know, different things going on.  So I'm going to leave it to

24   you to design your questions accordingly.

25       Q.   (BY MS. GOLDSMITH)  Okay.  Ms. Iwanski, does the

Page 63

1   compensation --

2       A.   As a general --

3       Q.   -- correct?

4       A.   As a general understanding of the -- the term that I

5   use, when I'm talking about compensation, it is the paycheck

6   that -- that I would get every two weeks.  Beyond that is not

7   something that I would call compensation and bonus to be the

8   same thing, but that's just the way I'm defining it.

9       Q.   Okay.  As you sit here today, do you have any

10  specific information about how the pay, the hourly pay

11  received by telephone and mail agents in Allen, Texas is

12  determined?

13      A.   As far as how it would be determined, certainly the

14  agents are hired hourly -- as hourly employees.  And based on

15  whatever that position is paying is what they would be

16  compensated for.

17      Q.   Is anything included in the OneSys system evaluated

18  on any sort of regular basis to determine whether a person's

19  hourly pay is increased or decreased?

20              MS. TAYLOR:  Object to the form.

21      A.   Not that I would know of.

22      Q.   (BY MS. GOLDSMITH)  Okay.  Are you aware of any

23  performance-related factors that impact the hourly pay

24  received by telephone and mail agents in Allen, Texas?

25      A.   I'm sorry, I -- I didn't quite catch that first part

Page 65

1   earlier, you used incentive package to describe an incentive

2   package.

3                When you talk about an incentive package, what

4   components are there in that package?

5                MS. TAYLOR:  Object to the form.

6        A.   My understanding of that -- and this has changed

7   over the years, but my understanding of that would be anything

8   related to quality scores, making sure that the agents are,

9   you know, applying Experian's policies and procedures.

10               I know that there is some sort of component as

11  far as there might be some converted units component where --

12  just to gage where the agent is.  But there -- there doesn't

13  have to be a high -- a really high component of how much work

14  they're doing compared to their quality.  Quality is -- is

15  foremost the important part of the incentive package.  I want

16  to make sure that's clear.

17       Q.   (BY MS. GOLDSMITH)  Well, I guess my question wasn't

18  clear.

19               I understand what you're saying goes into it,

20  but what is the incentive package itself, what does the

21  individual employee get?

22               MS. TAYLOR:  Object to the form.

23       A.   As far as the incentive package, it would be

24  something relating to some sort of bonus type of thing.  I --

25  I don't know anything beyond that.  I don't know a certain

Page 72

1    amount.

2         Q.    (BY MS. GOLDSMITH)   Do you know how often incentive

3    package money is paid?

4                   MS. TAYLOR:   Object to the form.

5         A.    My understanding, it would be on a quarterly basis.

6    And that would be if the -- the center received APP structure

7    at the beginning of the year.   There are times when the

8    incentive package is not available if there was no APP payout

9    for that year.   Beyond that, that's -- that would be the

10   information I would know of.

11        Q.    (BY MS. GOLDSMITH)   And I apologize.   I have

12   absolutely no idea what you mean when you say APP.   And I

13   understand you might not know what it stands for, but what

14   does that mean?

15        A.    My general understanding of it would be how the

16   company performed possibly through sales or other divisions.

17   And -- and part of the NCAC is that we also receive a bonus

18   kind of structure, where at the end of the year or end of the

19   fiscal year, if there were something within the -- the other

20   divisions of sales, I believe, where they did really well,

21   then we can get a portion of the -- the proceeds in the form

22   of a bonus.

23        Q.    Now, is that separate from the incentive package

24   bonus we've already talked about?

25        A.    I don't know if it's always been like that tied to

Page 73

1              It's my understanding that at a certain point,

2    an NCAC was opened in Santiago, Chile; is that correct?

3        A.   Yes, ma'am.

4        Q.   And what year did that occur?

5        A.   I believe that to be right around -- sometime in

6    2007.

7        Q.   Do you personally know how it was decided that

8    Experian would open a second NCAC?

9        A.   No, ma'am.

10       Q.   Do you know why it was decided?

11       A.   No, ma'am.

12       Q.   Do you know whether or not the demand for services

13   that the NCAC in Allen, Texas performed was being exceeded so

14   that they needed a second operation?

15       A.   I just don't know the decision making of that.  I

16   wouldn't know.  I don't know.

17       Q.   So as you sit here today, you personally have

18   absolutely no understanding why Experian opened a second NCAC?

19       A.   No, I do not have any kind of knowledge about an

20   actual decision, no, ma'am.

21       Q.   Okay.  And as far as your day-to-day employment,

22   talking with other employees, you never heard anything about

23   why Experian opened a second NCAC?

24            MS. TAYLOR:  Object to the form.

25       A.   No, I -- I -- that's not something that I've -- that

Page 76

1        Q.    Have you ever been to the NCAC in Santiago, Chile?

2        A.    I have not.

3        Q.    Do you know anyone who works in the NCAC in Allen,

4    Texas that has been to the NCAC in Santiago, Chile?

5        A.    Yes, ma'am.

6        Q.    And my question was a little bit unclear.  My

7    question asked do you know anyone.

8              Can you identify for me the individuals,

9    whether by name or by position, that have been to the NCAC in

10   Santiago, Chile?

11       A.    Experian's training department would have traveled

12   to Chile, along with the subject matter expert from possibly a

13   dispute department or a quality department to assist in

14   training the Santiago agents.

15       Q.    Okay.  You threw out a whole lot of words there, so

16   let me back up for a second.  Now, you've mentioned the

17   Experian training department.

18              Is that another department that's located in

19   the same building as the NCAC?

20       A.    I apologize.  Yes, it is.

21       Q.    Okay.  But it's not a department of the NCAC,

22   correct?

23       A.    In remembering what divisions and departments and

24   such were part of NCAC, I believe the training department to

25   be part of it.  It's just not something that I was thinking of

Page 80

1    would have visited the NCAC in Santiago.

2              Let's start with, do you know how many times

3    the training department would have visited Santiago, Chile?

4              MS. TAYLOR:  I'm going to object as vague as to

5    time.

6        A.   Since the opening of the center, it would be several

7    times.  I'm not exactly sure how many, though.

8        Q.   (BY MS. GOLDSMITH)  Okay.  So we've indicated it

9    opened roughly in 2007, correct?

10       A.   Yes, ma'am.

11       Q.   When you say that the training department visited

12   Santiago, Chile, let's start with, would it have been all of

13   the individuals in the training department at any given time?

14             MS. TAYLOR:  Object to the form.

15       A.   I'm not sure if initially there was travel that

16   included all of them.  I -- I do know it to possibly be one at

17   a time at a later point, but I'm not quite sure if they all

18   went at another time that I'm just not aware of.

19       Q.   (BY MS. GOLDSMITH)  Okay.  Do you know if, at any

20   point since the NCAC in Santiago, Chile was opened that the

21   entire training department went?

22       A.   I just can't remember sitting here today, I don't

23   know.

24       Q.   Okay.  Do you know who was part of the training

25   department in 2007?

Page 82

1    others.

2         Q.    Okay.   How about Lori Ellington, do you know if she

3    speaks Spanish?

4         A.    I don't know.

5         Q.    Okay.   Looking at the time frame from 2007 to the

6    present, what is your best estimate of the number of times

7    someone or all of the training department -- someone from or

8    all of the training department has visited the NCAC in

9    Santiago?

10        A.    I'm sorry, I didn't quite catch the first part of

11   your question.

12        Q.    Sure.   I'm trying to get your best estimate for how

13   many times someone from the training department or the

14   training department as a whole has visited the NCAC in Chile.

15        A.    If we're talking since 2007, it would be several.

16   They would stay for a long period of time.   I believe it to be

17   right around three months.   But I don't know exactly how many

18   times they would have gone.

19        Q.    Okay.   Now, you indicated that there would also be

20   subject matter experts that would have visited the NCAC in

21   Santiago.

22              Did I understand that correctly?

23        A.    Yes, ma'am.

24        Q.    What is a subject matter expert?

25        A.    It would be any agent that has a really good grasp

                                                        Page 85

1    of Experian's policies and procedures, that has been helpful

2    to other -- other employees as well.   And those people would

3    volunteer to travel to the Chilean office and participate in

4    the training program.

5         Q.   Would it be for a similar amount of time, like three

6    months?

7         A.   Yes, I believe so.

8         Q.   Okay.   Do you know any particular people by name

9    that have done that?

10        A.   Yes, I do.

11        Q.   Could you give those to me, please?

12        A.   One second.   Dorian Dickens.

13        Q.   Is that a male, or a female?

14        A.   Male.

15        Q.   Okay.   Anyone else?

16        A.   I'm sorry, one second.   Erica -- and I believe her

17   last name is Law, but she might have married since then.   I'm

18   not quite sure.   I'm just not coming up with any other names

19   right now, I'm sorry.

20        Q.   What is your best estimate of how many subject

21   matter experts have visited the Chilean office between 2007

22   and today?

23        A.   I'm not entirely sure about how many.   I -- I would

24   be guessing, but certainly more than three or four.   I just

25   don't know how many.

Page 86

1    either by telephone -- in this case, a piece of mail that was

2    disputing information.

3              Based off of the information contained within

4    that letter -- and I believe the allegation -- and I would

5    have to look at the mail correspondence -- if we have that

6    handy -- said inaccurate.  Experian, based off of that

7    information, sent the ACDV to the reporting source to state

8    that the information is accurate and respond back to Experian.

9              Experian looked at all the responses and acted

10   accordingly.  Looking at the public record information, the

11   name and the -- first name, last name matched, as well as

12   the -- the address.  And there was no Social Security number

13   provided by its public record vendor, so Experian did retain

14   the information or kept the information and conveyed the

15   results to Mr. Calderon.

16       Q.   So let me make sure that I understand the answer.

17   Experian received a dispute, Experian contacted the public

18   record vendor, Experian looked at the response from the public

19   record vendor and compared the name, the address and the --

20   the first name, the last name and the address.

21              Anything else?

22       A.   First name, last name, address, if -- and there was

23   no Social Security number provided on the -- on the public

24   record CDV itself.  So based off of that information, Experian

25   kept the -- the public record information.

                                              Page 168

1          Q.   So what about the second time the plaintiff --

2     plaintiff contacted Experian and said, yeah, you got this

3     wrong, this isn't mine, tell me what Experian did then.

4          A.   As far as any additional requests for a

5     reinvestigation, what that initial dispute reason entails is

6     an ownership dispute plus a status dispute.  And in a public

7     record kind of situation where we're asking the public record

8     vendor to look at not only the I.D. information, but

9     everything that's available regarding that particular public

10    record, so it would be -- it's just -- it's like a not mine

11    and -- and a status -- or if not status, but like a paid type

12    situation.  So based off of that information, without new

13    additional relevant information to convey, Experian did send

14    Mr. Calderon a notification stating the information was

15    previously verified.

16              THE REPORTER:  I'm sorry, the information

17    was --

18         A.   Was previously verified.

19              THE REPORTER:  Please slow down.

20         Q.   (BY MS. GOLDSMITH)  I'm going to represent to you

21    that in the documents that were produced in this case, my

22    client contacted Experian 13 times about that judgment because

23    the judgment was not his.  I'm also going to represent to you

24    that in one of those disputes, he provided in the letter, as

25    well as an attachment, that the person who owned the judgment

Page 169

1    had a different address, provided the address, and a different

2    date of birth, and provided the date of birth.

3              What did Experian do with that?

4         A.   When reviewing that information in the previous

5    status or ownership type disputes and -- and the status

6    disputes, what it's going to convey at that moment is

7    everything relating to that public record.  And what we ask

8    the public record vendor previously was look at all this I.D.

9    information within the public record that's available and see

10   if anything matched.  And if anything matched or wasn't

11   matched, then they would tell us on the -- on the CDV itself.

12             So looking at the information, that information

13   had been previously verified.

14        Q.   Okay.  But you said that they wouldn't reinvestigate

15   it unless there was additional information provided.  So I've

16   just described the scenario where Mr. Calderon provided

17   additional information.  And I want to know what else Experian

18   did to do an investigation as to the accuracy of that judgment

19   appearing on my client's credit file.

20        A.   As far as the additional letters that were received

21   and the -- the information about a middle name, Experian

22   looked at the information that it had to see if we had

23   contacted the -- the public record vendor as an ownership type

24   of dispute and that's what they're looking for.

25             So a not mine as well as what we would call a

Page 170

1    type 34 would be -- or a 12 -- I'm sorry -- a public record

2    would be 12 -- would be sent to the public record vendor.  And

3    what we're asking them previously is to look at all the I.D.

4    information to see if it matched against Experian's records.

5    And that information had been previously verified, so the

6    Experian agent -- I don't remember if this is the time when

7    we were -- we would -- sent a repeat dispute, but that's

8    generally what would happen.

9         Q.   Well, you indicated earlier that you've never spoken

10   to any of the agents that handled any of the disputes that

11   plaintiff lodged, correct?

12        A.   That is correct.

13        Q.   And you've just testified that the agent would have

14   looked at the information, correct?

15        A.   Yes, that's what they're trained to do.

16        Q.   How do you know the agent did that?

17        A.   That's what the agents are trained to do when

18   they're processing a piece of mail.  They're not only looking

19   at the letter and what's being alleged, but they're also

20   looking at Experian's system, we're looking for the -- the --

21   the previous -- if there was any previous contacts or whether

22   or not the information had been previously verified.  So

23   that's what the agents are trained to do.

24        Q.   So in a circumstance where there's additional

25   information provided, they just look back at the original ACDV

Page 171

1    to reverify the debt?

2                MS. TAYLOR:   Object to the form.

3        A.   What they're looking at is something that would be

4    available within something called the D/R log.  So they're

5    looking at what's being disputed, what's currently on file,

6    and then they're also looking into the D/R log looking for if

7    we've ever disputed information.

8                And if it's an ownership dispute, we're going

9    to look at the information that's currently being disputed,

10   and if it's been previously verified, the agents would send

11   the repeat dispute letter.

12       Q.   (BY MS. GOLDSMITH)  So you've indicated one of the

13   things you would expect the agent to do is look at the D/R

14   log?

15       A.   It's not in a printed form.  It is something all

16   within CAPS.  So CAPS system has not only the consumer's file,

17   but also has the -- the logs that associate with that

18   particular consumer's file.

19       Q.   Well, whether it's in printed form or not, would you

20   expect the agent to go into the CAPS system and look at the

21   D/R log information?

22       A.   Yes, that's what they're trained to do.

23       Q.   Do you know if the particular agent in this instance

24   did that?

25       A.   Since I was not standing next to the agent that

1  actually processed the piece of mail, I can't -- I can't tell

2  you whether or not the agent did that, but I can tell you that

3  that's what they're trained to do.

4      Q.   Well, is there a way to track whether a particular

5  agent went into the CAPS system on a particular time and date?

6      A.   Yes, you can track to where an agent would access

7  CAPS, but not -- not logs.  It would just -- it would just

8  capture the actual access itself.

9      Q.   Well, for instance, if we know that a particular

10 dispute was received on a particular day and an entry was made

11 on the D/R log on a particular day, we could check to see -- I

12 guess that's a stupid question -- is did they access the D/R

13 log -- or did they enter something that would show up on the

14 D/R log, that would be the entrance into the CAPS, correct?

15     A.   That's correct.

16     Q.   Okay.  Could you explain to me what else

17 Mr. Calderon could have done to get Experian to delete this

18 judgment from his credit report shy of filing a lawsuit?

19          MS. TAYLOR:  Object to the form.  You can

20 answer.

21     A.   Because Mr. Calderon filed a lawsuit was not the

22 reason for the information to be deleted.  Each time a

23 consumer contacts Experian, we're going to look at every --

24 going to look at -- read the piece of mail to look for the

25 reason why something is being disputed.

Page 173

1    reviewing the mixed files.  And there's -- there's just

2    different examples of what they might see as mixed.

3              Beyond that, it's going to give them basically

4    examples of it.

5        Q.   Okay.  I'd like you to turn to page six, please.

6    And in the middle of the page, there's a paragraph that

7    starts, a mixed file with an unknown or unrelated person is

8    identified in several ways, and then there's several bullets

9    underneath that, correct?

10       A.   Yes, I see that.

11       Q.   One of them says, consumer states they spoke to data

12   furnisher or court clerk and the representative confirms the

13   item belongs to a consumer with the same name, correct?

14       A.   Yes, I see that.

15       Q.   What do you expect your agents to do with

16   information from a consumer that says, I've talked to the

17   furnisher, I've talked to the court clerk and I understand

18   this -- this account has my name on it, but it's somebody else

19   with the same name; what do you expect them to do in that

20   situation?

21       A.   Well, it depends on the specific information that's

22   being conveyed at that time.  If the -- the -- if the mail

23   correspondence contains information that -- that the agent can

24   trigger down to be transferred to mixed such as information

25   regarding that they have a dad with the same name, that they

**Page 189**

1    have -- that their file is mixed up with another, things of

2    that nature to guide the agents down that path.

3         Q.   Now, this is information that's contained in a

4    procedural manual that's only available to a specially trained

5    agent, correct?

6         A.   Yes, it is.

7         Q.   So what information is available to a regular mail

8    dispute agent to say if a consumer says they've contacted a

9    furnisher or a -- a court clerk and they've said this -- this

10   belongs to somebody else with the same name, what are they

11   supposed to do with it?

12        A.   It all depends on what's being alleged at that time.

13   Just this -- the -- the fact that -- the verbiage itself in

14   here is just an example.  If the consumer states they spoke to

15   a data furnisher or a clerk and the representative confirms

16   the items belongs to a consumer, that's where they're saying

17   something -- giving a story behind the dispute.

18             It's -- this bullet is not going to explain the

19   entirety of what the agent would be looking at, it would just

20   give an example or a portion of it.  In this one, it's just

21   showing you how a mixed file or unknown -- with an unknown

22   person can be identified.

23        Q.   Well, several minutes ago, we talked about what else

24   Mr. Calderon could have done to get this judgment removed from

25   his -- from his credit report.  And what I'm wondering is if

                                                        Page 190

1   information that's provided at any given moment and what the

2   agent thought and whether or not the situation that we're

3   dealing with is a mixed file, okay?  I'm going to focus on the

4   latter for a second.

5          In this instance, Experian knows that it

6   received a dispute from the plaintiff disputing an address in

7   his credit report, disputing an NCO trade line that was

8   ultimately deleted because it had -- while it had the same

9   first name, the same last name and the same address, it had a

10  different Social Security number, and it had the public record

11  judgment that at some point Experian received some yet

12  unidentified piece of information that convinced it to delete

13  that information.

14         So knowing that we have a father and a son with

15  the same name, the same address and three items of information

16  belonging to the dad ended up in the son's credit file, that's

17  not a mixed file in your definition?

18         MS. TAYLOR:  I'm going to object to the extent

19  you're testifying to facts not in the record.  You can answer

20  if you can.

21     A.   There are several times that -- that there might be

22  addresses that might be the father's or the -- the parents'

23  that -- that the consumer no longer lives at.  And at some

24  point, Experian can delete them if they're disputed.

25         So it -- each file and how it's analyzed is

Page 195