```
 1    through WMC?
 2       A    Sure.
 3       Q    Now, what did you do to prepare for this
 4    deposition?
 5       MS. TAYLOR:  I'm going to object to the extent that
 6    calls for any communications with counsel, but outside of
 7    communications with counsel, he can testify.
 8       MR. BENNETT:  Let me qualify -- let me rephrase my
 9    question.
10       Q    I am interested in knowing all of the categories
11    of preparation in which you were engaged for this
12    deposition.  I am not asking you for the substance of the
13    communications that you may have had with a lawyer.  I am
14    asking you if in part of your preparation you had meetings
15    with lawyers, and I am entitled to that.
16       A    Yes.
17       Q    So one of the things that you did to prepare for
18    the deposition, of course, as would any sensible person,
19    including our client, is meet with the lawyer, in this
20    case meet with lawyers for Experian.
21            You did that, correct?
22       A    Yes.
23       Q    Other than meetings with lawyers for Experian,
24    what did you do to prepare for this deposition?
25       A    Reviewed a couple of invoices that came through
```

Page 16

```
 1    from Santiago, as well as refamiliarize myself with some
 2    of the financials that come through from Santiago.
 3        Q    What invoices did you familiarize yourself with?
 4        A    I think I looked at the February 2012 invoice.
 5        Q    Why did you choose February 2012?
 6        A    Because it was readily available.
 7        Q    Where was it available?
 8        A    In an email that I had.
 9        Q    What do you mean in an email that you had?
10    That's a silly question.  Let me withdraw that.  Sorry,
11    Lexann.
12             Do you use Outlook for your email?
13        A    I do.
14        Q    And you have a folder.  Do you have multiple
15    folders?
16        A    I do.
17        Q    For example, I have a folder that says -- you
18    know, I might have a folder that says "Jones case" and
19    another one that might say "Home Budget," we're building a
20    big house now.
21             You have similar folders that would be
22    descriptive of different responsibilities or interests you
23    may have, right?
24        A    Correct.
25        Q    And do you have any folders that reference this
```

Page 17

Maxene Weinberg Agency
(800) 640-1949

1   Q   So you looked at an email yesterday, one that
2   was in an email box that you had to find.  You reviewed it
3   for preparation for the first deposition you've ever
4   given, and you testified you don't remember who sent the
5   email to you or what the subject of the email was.
6       Am I correctly characterizing your memory?
7   A   Yes.  So maybe to get at your question, I
8   scanned what I had.  The email subject line had reference
9   to an invoice, which is why I opened it, and I was looking
10  more for the contents of the invoice, rather than who sent
11  it or what the subject line was.
12  Q   Do you regularly receive invoices regarding
13  Santiago?
14  A   Occasionally.
15  Q   When you say "occasionally," do you mean on a
16  consistent and regularized occasion, for example, once a
17  month, once a quarter, that type of thing?
18  A   I would say it's less frequent than that.
19  Q   Have you received any invoices regarding
20  Santiago after February of 2012?
21  A   I'm not sure.  I probably have.
22  Q   But you don't remember?
23  A   No, it's not something I typically spend a lot
24  of time with.
25  Q   Well, why would you have even received an

```
 1      Q    How do you spell Karny?
 2      A    K-a-r-n-y.
 3      Q    Does Mandel have two l's in it?
 4      A    No.
 5      Q    Okay.  And what are their job responsibilities?
 6  I mean, generally, what are they responsible for?
 7      A    Michael is responsible for completing internal
 8  reporting packages and some financial statements.
 9      Q    Let's stop before we get into Herik.
10           What part of that function would he have that
11  relates or regards Santiago?
12      A    It relates to consolidating Santiago operations
13  into the North American Region packages that, in turn, go
14  to our parent company in the U.K.
15      Q    Now, prior to the consolidated financial
16  statements, does he receive an entity-specific financial
17  statement from Chile or from Experian Chile?
18      A    Yes.
19      Q    Who is responsible for creating that statement?
20      A    It's actually a number of people that are
21  involved in the inputs to that.
22      Q    At some point someone is going to email it to
23  Michael, right?
24      A    No.  It's actually in a system.
25      Q    Okay.  At some point somebody is going to tell
```

Page 24

1    Mike, okay, the report is ready?

2        A    It's not actually a report that somebody needs
3    to manually input.

4        Q    It's just data?

5        A    Right.

6        Q    I'm not supposed to talk over you.  I'm sorry.
7    If you want to continue.

8        A    Sure.  We have a general ledger system that it's
9    the same general ledger that we all look at and so there
10   are reports available within those -- within that general
11   ledger, and we have closing schedules, so there's no need
12   for somebody to send an email saying the -- you know,
13   there's a report ready or anything.

14       Q    Okay.  Well, you said a number of people are
15   involved in creating the information that becomes part of
16   the Santiago financials.

17            First of all, how would you access what I've
18   just described as those financials, the Santiago-specific
19   financials?

20       A    You would log into our financial systems and
21   then pull reports.

22       Q    Then what types of reports would you be able to
23   pull in that report?

24       A    There's pretty much any kind of financial report
25   that people -- you know, depending on the way people want

Page 25

1    to manage how they look at their financials, so we can
2    look at an entity balance sheet or an income statement.
3    You can look at it from the perspective of Business Units.
4    There are Cost Center reports.
5        Q    But you wouldn't be able to really do any -- you
6    wouldn't be able to do any micro-level, so you wouldn't be
7    able to see, for example, how much they're spending on
8    advertising, how much they're spending on advertising on
9    human resources, how much they're spending on rent, things
10   like that, right?
11       A    You would.
12       Q    Okay.
13       Q    So you could also see how much they're spending
14   on payroll, right?
15       A    Yes.
16       Q    And how much they're spending on certain
17   components of payroll, so, for example, if they have their
18   own support, administrative support, or accounting or
19   those types of functions, you can see how much you're
20   paying for those, right?
21       A    Yes.
22       Q    And what about the actual employees that do
23   investigations that do the credit reporting, ACDV
24   handling, how would you determine how much money is being
25   spent on those individuals?

```
 1   Information.
 2        Q    For what other items was Experian Chile
 3   invoicing Experian Information?
 4        A    It was for services that they provide under a
 5   Services Agreement.
 6        Q    Does Experian Information then write a check or
 7   transfer money to Experian Chile to pay that invoice?
 8        A    It is settled at some point.
 9        Q    That's not what I'm asking.  I asked a more
10   specific question.
11        A    The answer is no, we do not write a check.
12        Q    In fact, no money leaves an Experian Information
13   bank account in any fashion to enter an Experian Chile
14   bank account to pay, quote, close quote, such an invoice,
15   right?
16        A    I'm not sure.
17        Q    Yes, you are.  Come on.
18        MS. TAYLOR:  Object.  That's harassing.
19   BY MR. BENNETT:
20        Q    Well, you're in charge of that function, right?
21        A    No.
22        Q    Who is in charge of that function?
23        A    We have a Treasury Department.
24        Q    The Treasury Department is in charge of
25   transferring dollars; is that correct?
```

Page 30

```
 1      A    Yes, or whatever denomination it is, yes,
 2   whatever currency.
 3      Q    Well, then when you receive an invoice or your
 4   department receives an invoice, what do you do with it?
 5      A    We record it in a company journal that basically
 6   says Experian Information owes Experian Chile.
 7      Q    And does Experian Information ever invoice
 8   Experian Chile?
 9      A    I'm not sure.
10      Q    Who would know that?
11      A    I'm not sure.
12      Q    What department would know that?
13      A    I'm sure we could get to that information.  I'm
14   not sure who knows it off the top of their head.
15      Q    Meaning your department could get to it?
16      A    Yes.
17      Q    So, for example, taking a look at --
18      MR. BENNETT:  I'm sorry, Lexann, did you mark that
19   one?  Is that the Exhibit No. 1?
20      THE REPORTER:  Yes, I did.
21   BY MR. BENNETT:
22      Q    Taking a look at Exhibit 1, for example, if
23   Experian Information handled the human resources function
24   for hiring a Consumer Services Associate Level 1, how
25   would Experian Information shift that cost back to
```

Page 31

```
1    Experian Chile for your reporting purposes?
2         A    I'm not sure.
3         Q    What do you mean you're not sure?
4         A    I don't know the answer to that question.
5         Q    Okay.  Do you know whether or not human
6    resources costs that Experian Information incurs are
7    shifted on the books back to the Experian Chile books?
8         A    No.
9         Q    You don't know or that's not done?
10        A    I don't know.
11        Q    Who would know that?
12        A    Somebody in Human Resources.
13        Q    Who is in charge in Human Resources for hiring
14   individuals in Chile?
15        A    I'm not sure.
16        MR. BENNETT:  Angie, I think Sylvia said you had some
17   exhibits.  Do you have the Experian Intracompany Services
18   Agreement?
19        MS. TAYLOR:  Sylvia sent me a large box of documents.
20   Can you provide me guidance of what it is?
21        MS. GOLDSMITH:  It should be the top thing.
22        MS. TAYLOR:  The top thing is the Amended Notice of
23   Depo.
24        MS. GOLDSMITH:  Is that all clipped together?
25        MS. TAYLOR:  Yeah, let me look.  There's a rubberband
```

Page 32

```
1     Q    Why?
2     A    Because there is rent and labor associated with
3   the software category or costs that are being incurred.
4     Q    I think I understand.  So then Experian Chile
5   serves two -- provides two primary functions, one of them
6   is software development and one of them is processing
7   data, right?
8     A    Yes.
9     Q    Okay.
10    Q    So the NCAC -- by the way, you know what that
11  means, right?
12    A    Yes.
13    Q    So the NCAC function is within the data item
14  that is listed in your invoice, right?
15    A    Yes.
16    Q    And so all of the costs that Experian Chile is
17  Cost Centering back to Experian Information regarding the
18  data operations would be included within that one line,
19  that amount under "Data," correct?
20    A    Yes.
21    Q    Then if you wanted to determine how that number
22  was derived, that is, to get the breakdown for that
23  number, how would you do that?
24    A    You would look into System Reports that show the
25  detail, and there's drill-down capability to figure out
```

Page 44

```
 1    how that was derived.
 2        Q    Now, under again Exhibit 2, paragraph 2, little
 3    (a), "Employee labor," it says "Charge based on number of
 4    employees."  Let's start with that.
 5             Does your drill-down capability include the
 6    number of employees for which a charge was made?
 7        A    Yes.
 8        Q    And would it include, if you continue in that
 9    same sentence, the actual contracted salary rate for each
10    such employee?
11        A    Yes.
12        Q    And then let's step away from the accounting
13    function.
14             Under Rule 30(b)(6) you're here for two topics
15    that include the written understandings of the
16    relationship.
17             Where it says "Charge based on Number of
18    employees approved by Client," what documents reflect the
19    number of employees that have been approved?
20        A    I don't know.
21        Q    Well, this contract doesn't include that detail,
22    right?
23        A    Right.
24        Q    And then it says "Employee's actual contracted
25    salary rate."  Those salary rates, actually, also have to
```

Page 45

```
 1        Q     Do you know if any benefits were added?
 2        A     No, I do not.
 3        Q     Under "Employee labor" where it lists "salary
 4   rate includes all Paid Absence and Payroll Expenses
 5   (insurance, taxes, benefits, and bonus), do you see that?
 6        A     Yes.
 7        Q     And then up above under "Employee labor" it says
 8   "fully burdened with benefits).  Do you see that, just the
 9   heading?
10        A     Yes.
11        Q     So do you know if any benefits are paid to
12   Experian Chile NCAC employees?
13        A     Yes.
14        Q     What benefits are provided?
15        A     They receive bonuses, they receive paid
16   vacation.
17        Q     Anything else?
18        A     I'm not certain after that.
19        Q     How do you know they receive those things?
20        A     There's a bonus line where you can see those
21   amounts getting paid.
22        Q     Do you know how the bonuses are determined?
23        MS. TAYLOR:  Object to the form.
24        THE WITNESS:  Specifically for NCAC people, I do not.
25   BY MR. BENNETT:
```

Page 49

1    A    I understand that, but most of the time that was
2  spent there was within the Experian facility or in the
3  hotel with people that I worked with.
4    Q    Taking a look at Exhibit 2, did you have any
5  role in negotiating the relationship between Experian
6  Information and Experian Chile?
7    A    No.
8    Q    So why are you the person that Experian has
9  designated to testify about various documents and
10 procedures and contracts that control the written
11 relationship -- the written documents that control the
12 relationship with Experian in Experian Chile?
13   MS. TAYLOR:  I'm going to object to the extent it
14 asks for communication with counsel.  To the extent he can
15 answer outside of disclosing communications with counsel,
16 he may.
17 BY MR. BENNETT:
18   Q    Did you have any belief as to why you're the
19 person that they picked instead of, for example, Tony
20 Reeves, the man who signed the contract?
21   A    I do not know the answer to that question.
22   Q    I want to talk about the different documents
23 that may exist.
24        You have that contract, right, and you saw that
25 only in preparation for the deposition, right?

Page 55

```
1    preparation for the deposition?
2        A    Yes.
3        MS. TAYLOR:  I was just going to say --
4        MR. BENNETT:  I'm done, Counsel, I'm close, but you
5    can relax now.
6        Q    The contract that is Exhibit 2 that is the
7    initial written understanding between the two entities,
8    you saw that for the first time when it was provided to
9    you by the lawyers in preparation for this deposition
10   within the last week, correct?
11       MS. TAYLOR:  Object to the extent that it misstates
12   his prior testimony.
13   BY MR. BENNETT:
14       Q    Sir, that correctly states the reality, right?
15       A    Yes.
16       Q    And this is not a contract that you would have
17   regularly reviewed and used in the course of your duties
18   at Experian, correct?
19       A    I'm not sure I understand what you're saying or
20   what you're asking.
21       Q    Well, you've been working at Experian since
22   2008, the first time you saw this contract was in
23   preparation for this deposition, so it would be fair to
24   conclude that this is not a document you regularly use,
25   correct?
```

Page 57

```
 1       A    Yes.
 2       Q    Now, still there must be other documents by
 3   which Experian Information directs the activity of
 4   Experian Chile, right?
 5       A    Yes.
 6       Q    Can you describe for me, list for me, state for
 7   me what other documents exist in that regard?
 8       A    I know that there are -- that there's been
 9   communications.  I think there are some emails that we've
10   directed our Shared Services Group in Santiago.
11       MS. TAYLOR:  I'm also going to object to the extent
12   this witness has been designated to speak as to contracts
13   and agreements between Experian Information Solutions and
14   Experian Services Chile dealing specifically with the
15   NCAC.  Obviously, there are many components there.
16            To the extent he knows, he can answer, but
17   that's not the reason he was being -- that he was
18   designated.
19       MS. GOLDSMITH:  In response to that, I want to point
20   out that he was not offered just as to contracts between
21   Experian Information Solutions and Experian Santiago.
22            He was offered with respect to any contracts
23   that in any way relate to the running of the NCAC in
24   Santiago, whether that's with Experian Services Corp.,
25   Experian, Inc., whoever.
```

Page 58

1   MS. TAYLOR:  Correct.
2   MR. BENNETT:  Let me correct both of you.  He was not
3   offered -- or the topic is not contracts at all.  It
4   includes contracts as a subset, any document that
5   describes the written understanding or other written
6   understanding documents that govern the relationship
7   between the two.
8   MS. GOLDSMITH:  Yes.
9   MS. TAYLOR:  It says "governs the relationship
10  dealing with the operation of the NCAC" as Sylvia just
11  pointed out.
12  MR. BENNETT:  Well, that's not going to be good for
13  you.  Watch this line.
14  Q   So, Scott, do you, as part of your
15  responsibilities at Experian, have in your regular use and
16  work, regular use of documents, documents that regard the
17  relationship between Experian Information and Experian
18  Chile as to the NCAC?
19  MS. TAYLOR:  Object to the form.
20  MR. BENNETT:  I can simplify it.
21  Q   You, as part of your job, wouldn't have any
22  reason to have any knowledge what documents govern the
23  relationship between these two entities with respect to
24  NCAC specifically, right?
25  A   Right.  So, basically, where I come in in that

Page 59

```
 1    is how the actual costs are invoiced and paid between the
 2    entities.
 3        Q    Well, have you had an opportunity to learn in
 4    preparation for this deposition as the designee what
 5    written documents, emails, contracts, procedures would
 6    constitute the written understanding of the relationship
 7    between Experian Information, Experian Chile with respect
 8    to specifically NCAC?
 9        A    It would be the Intracompany Services Agreement
10    that we've been talking about.
11        Q    Okay, that's one.  You worked for a lot of
12    corporations.  You have an MBA from a really kick-ass
13    school, I'm sorry, a really strong school.
14             You're not representing to me your belief that
15    that three-page document, really just an outline,
16    constitutes the entire written understanding between these
17    two entities with respect to how NCAC Chile is supposed to
18    operate, are you?
19        A    I don't have any direct knowledge of any written
20    agreements outside of this.
21        Q    That's you personally, right?
22        A    Correct.
23        Q    You're not saying that Experian Information has
24    no such documents, are you, you just don't know?
25        A    That's correct.
```

Page 60

```
 1      Q    You would expect they would do a thorough job to
 2  do a cost benefit analysis to determine whether or not to
 3  open an Experian Chile NCAC versus keep it in Texas,
 4  right?
 5      A    Yes, there would have been a financial analysis
 6  that was performed.
 7      Q    Now, have you, yourself, had an opportunity to
 8  review or examine such things?
 9      A    No.
10      Q    And if you were -- okay.  You didn't review any
11  such thing in preparation for this deposition, right?
12      A    No.
13      Q    How did you learn about the strike?  By the way,
14  I never finished that line of questioning.
15           How did you learn you folks were in strike down
16  there?
17      A    I recall, you know, as part of my relationship
18  with the Shared Services Center that that was one of the
19  topics that came up during that time.
20      Q    Was it 1999 that you were down there?
21      A    1999?  No.
22      Q    I mean 2009.  Were they on strike while you were
23  there?
24      A    They were not on strike while I was there.
25      Q    Was the strike over by then?
```

Page 64