UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
DISTRICT COURT

CIVIL PROCEEDINGS: Telephonic Status Conference (doc. 35)

| | |
|---|---|
| DISTRICT JUDGE: Mikel H. Williams | DATE: September 7, 2012 |
| DEPUTY CLERK: Trinidad Diaz | LOCATION: Boise, Idaho |
| REPORTER: Lee Post | TIME: 10 min. |

<u>Jose Calderon v. Experian Information Solutions, Inc.</u>
1:11cv-386-EJL-MHW

COUNSEL FOR:	PLAINTIFF:	Sylvia Goldsmith/Ryan Earl/Geoff McCarrell
		DEFENDANT:	Angela Taylor/Jason Prince

Court and counsel had discussion regarding outstanding discovery issues.