<u>**CIVIL PROCEEDINGS**</u> **- Pending Motions**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge Mikel H. Williams | Date:   October 3, 2012 |
| Case No.  11-cv-00386-EJL-MHW | Deputy Clerk:  Sherri O'Larey |
| | ESR: Trinidad Diaz |
| Place: Boise, Idaho | Time: 9:33 - 10:30 a.m. |

**<u>Calderon v. Experian Information Solutions, Inc.</u>**

Counsel for Plaintiff : Sylvia Antalis Goldsmith, Ryan Thomas Earl and Geoffrey McCarrel
Counsel for Defendant:   Angela M. Taylor, Daniel McLoon and Jason Prince

The Court reviewed the proceedings and issues before the Court at this time.

Each of counsel presented argument to the Court.

　　　Plaintiff's second Motion to Compel Discovery and for Rule 37(c)(1) Sanctions (doc # 34) - Under Advisement

Written decision forthcoming.