Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **JOSE LUIS CALDERON**, | ) | |
| | ) | CASE NO.: 1:11-CV-00386-EJL |
| Plaintiff, | ) | |
| | ) | JUDGE LODGE |
| v. | ) | |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISCLOSURE OF DISPUTE AGENTS
### PLAINTIFF WISHES TO DEPOSE

Pursuant to this Court's Order at the hearing on *Plaintiff's Second Motion to Compel* held on October 3, 2012, Plaintiff hereby gives Notice of the individual dispute agents whom he wishes to depose in the above-captioned case.

The following list of "Agent Id" numbers is all individuals that have been identified through Experian's production to date as dispute agents who have handled some sort of reinvestigation or otherwise touched Plaintiff's credit file in some way in connection with the numerous disputes Plaintiff lodged during the relevant time frame.  All such individuals have discoverable information relevant to Plaintiff's claims.  However, as Plaintiff has previously represented, for the sake of time and expense, he is willing to limit his discovery to just three (3) such depositions.  Therefore, Plaintiff has listed the "Agent Id" numbers in the order he deems the depositions most significant to his claims.  To the extent Experian has indicated that some of these agents may no longer be employed by Experian and, therefore, Experian is not in a position to produce such agents for deposition, Plaintiff has included an exhaustive list and requests that the first three (3) individuals from the following order be produced for deposition.

1. Agent Id= AC708941
2. Agent Id= LM708935
3. Agent Id= CH713421
4. Agent Id= CS712551
5. Agent Id= MG713497
6. Agent Id= MP705528
7. Agent Id= MG708893
8. Agent Id= AT712834
9. Agent Id= GM712842
10. Agent Id= IC708944
11. Agent Id= ML712837
12. Agent Id= MG708134
13. Agent Id= PA708177

Respectfully submitted,

/s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Disclosure of Dispute Agents Plaintiff Wishes to Depose* is being filed electronically with the United States District Court for the District of Idaho, on this 8th day of October 2012. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

    /s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith  (*Pro Hac Vice*)
LAW OFFICE OF SYLVIA A. GOLDSMITH
Attorney for Plaintiff