Jason E. Prince, Esq.
STOEL RIVES LLP
101 S. Capitol Blvd.
Boise, ID 83702
Tel.: (208) 387-4288
Fax: (208) 380-9040

Daniel J. McLoon *(pro hac vice)*
djmcloon@jonesday.com
Angela M. Taylor *(pro hac vice)*
angelataylor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:      (949) 851-3939
Facsimile:       (949) 553-7539

*ATTORNEYS FOR DEFENDANT*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| Jose Luis Calderon,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.<br><br>　　　　　Defendant. | **Case No: 1:11-cv-00386-EJL**<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO FILE SUR-REPLY TO PLAINTIFF'S REPLY TO EXPERIAN'S RESPONSE TO PLAINTIFF'S NOTICE OF DISCLOSURE OF DISPUTE AGENTS PLAINTIFF WISHES TO DEPOSE** |

　　　　Defendant Experian Information Solutions, Inc. ("Experian") by and through its counsel of record, hereby submits this Motion for Leave to File Sur-Reply to Plaintiff's Reply to Experian's Response to Plaintiff's Notice of Disclosure of Dispute Agents Plaintiff Wishes to Depose ("Reply").

　　　　In his Reply, Plaintiff incorrectly states Experian's position with respect to the dispute agent located in Allen, Texas in an apparent attempt to persuade the Court that Experian is taking

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO FILE SUR-REPLY TO PLAINTIFF'S REPLY TO EXPERIAN'S RESPONSE TO PLAINTIFF'S NOTICE OF DISCLOSURE OF DISPUTE AGENTS PLAINTIFF WISHES TO DEPOSE -1**

72646661.1 0030176-00139

inconsistent positions with regard to the dispute agent located in Allen, Texas versus the dispute agents located in Santiago, Chile.  To the contrary, Experian's position with respect to the dispute agents located in Allen. Texas and Santiago, Chile is consistent:   Experian requires the issuance of a valid subpoena to depose **any** of its dispute agents, regardless of the location of such witnesses.

During the October 3, 2012 discovery hearing, Experian informed the Court that it would not object to the deposition of an agent located in Allen, Texas **pursuant to a valid third party subpoena**.  Experian further informed the Court that it would be willing to inquire of the Allen dispute agent whether Experian's counsel could accept service of a subpoena on his behalf.  Experian did not agree to produce this agent for deposition without the necessary subpoena.

Similarly, in order for Plaintiff to depose the dispute agents located in Santiago, Chile, Plaintiff must do so through the necessary letters rogatory process.  If Plaintiff obtains valid subpoenas through the Chilean court system for the depositions of the individual dispute agents located in Santiago, Chile, Experian will also ask the Chilean employees whether Experian Services Chile, S.A.'s counsel in Chile can accept service of any such subpoena.  Experian's position is consistent, a valid subpoena is necessary in order to depose any of its low level dispute agents.  Because Plaintiff misrepresented Experian's position to the Court, Experian would like the opportunity to rebut this inaccuracy.

For the foregoing reasons, Experian respectfully requests leave to file a Sur-Reply that addresses the inaccuracy in Plaintiff's Reply.  If the Court grants Experian such leave, Experian would limit its Sur-Reply to four (4) pages or less, limited to the issue explained above.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO FILE SUR-REPLY TO PLAINTIFF'S REPLY TO EXPERIAN'S RESPONSE TO PLAINTIFF'S NOTICE OF DISCLOSURE OF DISPUTE AGENTS PLAINTIFF WISHES TO DEPOSE - 2**

72646661.1 0030176-00139

Dated:  October 29, 2012               JONES DAY


                                       By:  */s/ Angela M. Taylor*
                                            Angela M. Taylor
                                       Attorneys for Defendant
                                       EXPERIAN INFORMATION SOLUTIONS,
                                       INC.


**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO FILE
SUR-REPLY TO PLAINTIFF'S REPLY TO EXPERIAN'S RESPONSE TO
PLAINTIFF'S NOTICE OF DISCLOSURE OF DISPUTE AGENTS PLAINTIFF
WISHES TO DEPOSE - 3**

72646661.1 0030176-00139

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I served a copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Ryan T. Earl – ryantearl@earlandearllegal.com

Sylvia A. Goldsmith - sgoldsmith@sgoldsmithlawoffice.com

Leonard A. Bennett – lenbennett@clalegal.com

Executed on October 29, 2012.

                                            */s/ Angela M. Taylor*
                                            Angela M. Taylor

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO FILE SUR-REPLY TO PLAINTIFF'S REPLY TO EXPERIAN'S RESPONSE TO PLAINTIFF'S NOTICE OF DISCLOSURE OF DISPUTE AGENTS PLAINTIFF WISHES TO DEPOSE - 4**

72646661.1 0030176-00139