5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Jose Luis Calderon )
) Case No. 1:11cv386-EJL
)
v. )  APPLICATION FOR ADMISSION
Experian Information Solutions, Inc. )  PRO HAC VICE
)
)
) Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Matthew J. Erausquin, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiff, Jose Luis Calderon.

The applicant hereby attests as follows:

1. Applicant resides in Miami Beach, Florida, and practices at the following address and phone number Consumer Litigation Associates, P.C., 1800 Diagonal Road, Suite 600, Alexandria, VA 22314 (703) 273-7770

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: | Dates:
SEE ATTACHED |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Ryan T. Earl, a member in good standing of the bar of this court, of the firm of Earl & Earl PLLC, practices at the following office address and phone number:
212 10th Avenue South, Nampa, Idaho 83651
(208) 890-0355

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 18th day of October, 2012.

_____       _____
Applicant                                              Designee

Signed under penalty of perjury.

Exhibit "A"
Matthew J. Erausquin – List of Court Admissions

| Name of State of Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court (active, inactive, retired) |
|---|---|---|---|
| United States Court of Appeals for 4th Circuit | | 3/23/2007 | Active |
| United States Court of Appeals for 6th Circuit | | 10/13/2011 | Active |
| Virginia State Bar | 65434 | 2/15/2003 | Active |
| California State Bar | 255217 | 2/21/2008 | Active |
| United States District Court of Virginia (Eastern District) | | 3/5/2004 | Active |
| United States District Court of California (Central District) | | 11/3/2008 | Active |
| United States District Court of Virginia (Western District) | | 10/16/2009 | Active |
| United States District Court of California (Southern District) | | 9/19/2011 | Active |