UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON, | Case No: 1:11-cv-00386-EJL |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXPEDITED RULING STAYING MAGISTRATE JUDGE WILLIAMS' OCTOBER 31, 2012 DISCOVERY ORDER TO PERMIT THE DISTRICT JUDGE TO RULE ON OBJECTIONS THERETO** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Currently before the Court is Defendant Experian Information Solutions, Inc.'s ("EIS") Motion for Expedited Ruling Staying Magistrate Judge Williams' October 31, 2012 Discovery Order (Dkt. 55) (the "Motion"). Plaintiff has not yet responded to the Motion and the deadline for Judge Williams Order would be this Friday, November 30, 2012. Therefore, the Court will review the Motion without a response by Plaintiff.

Pursuant to the applicable Federal and Local Rules, a party has a right to file objections to an Order issued by a magistrate judge who has been referred non-dispositive matters. Fed. R. Civ. P. 72(a); Dist. Idaho Loc. Civ. R. 72.1(b)(1); 28 U.S.C. § 636(b)(1)(A). After reviewing the objections and any response by the opposing party, the Court will determine if the order issued by the magistrate judge was clearly erroneous or contrary to the law.

The Court finds the Objections by Defendant were timely filed and that Plaintiff must be granted time under the applicable rules of procedure to respond to the objections prior to the Court being in a position to rule on the objections. Therefore, the motion for a stay must be granted in order to allow the objections to be briefed and ruled upon prior to the action ordered in the discovery order being completed and thereby mooting the right to file objections.

IT IS HEREBY ORDERED that the Motion (Dkt. 55) is GRANTED. Magistrate Judge Williams' October 31, 2012 Order on Plaintiff's Second Motion to Compel (Dkt. 51) (the "Discovery Order") is STAYED until fifteen (15) days after this Court rules on EIS's pending Objections to the Discovery Order (Dkt. 54).

Pursuant to Fed. R. Civ. P. 72(a), Plaintiff has fourteen (14) days from the date the Objections were filed, plus three (3) days pursuant to Fed. R. Civ. P. 6(d) to file a response to the Objections. No reply briefing is allowed.

DATED: **November 26, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 2**

IRI-44820v1