CERTIFIED COPY

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

JOSE LUIS CALDERON, )
)
       Plaintiff, )
)
vs. ) Case No.
) 1:11-cv-00386-EJL
EXPERIAN INFORMATION SOLUTIONS, )
INC., )
)
       Defendants. )
_____)

30(b)(6) DEPOSITION OF SCOTT A. YAMANAKA

Date and Time:   Thursday, August 2, 2012
                   10:12 a.m. - 12:06 p.m.

Location:          3161 Michelson Drive
                   Irvine, California

Reporter:          Lexann Christy, CSR
                   Certificate No. 7932

MAXENE WEINBERG AGENCY
Litigation Support From Opening to Verdict
800-640-1949 | www.mwadepos.net

```
 1      A    Experian Information Solutions.
 2      Q    And, in fact, what is your background?  You're
 3 an accountant?
 4      A    Yes.
 5      Q    So you understand the importance of precise
 6 language, right?
 7      A    Yes.
 8      Q    So it's Experian Information Solutions, but
 9 that's not the full name, is it?
10      A    I think there's an "Inc." at the end.
11      Q    And help me out here because I didn't
12 internalize exactly the name of your employer.
13           What is the full name of your employer?
14      A    Experian Services Corp.
15      Q    That is the entity that is on your paycheck,
16 right?
17      A    I believe so.
18      Q    Have you ever been employed by Experian
19 Information Solutions, Inc.?
20      A    No.
21      Q    So how is it that you became the deposition
22 designee for an entity for whom you are not employed?
23      MS. TAYLOR:  I'm going to object to the extent it
24 calls for communication with counsel, but to the extent
25 you know outside of communications with counsel, you can
```

Page 6

```
 1    answer.
 2    BY MR. BENNETT:
 3         Q    Or you can say, "I have no idea why I'm here."
 4         A    So through my capacity, I do the accounting for
 5    Experian Information Solutions as part of the what we call
 6    the North American Region, which includes that entity.
 7         Q    What exactly does Experian Services Corp. do?
 8    Of course, you work and you do accounting for the North
 9    American Region, as you just said, but what is the real
10    function within the Experian family of Experian Services
11    Corp.?
12         A    It provides most of the corporate functions for
13    the North American Region, and it does the accounting.
14         Q    And those corporate functions include?
15         A    Accounting, tax facilities, Executive
16    Management.
17         Q    What do you mane by "Executive Management?
18         A    The executives of Experian North America, the
19    region.
20         Q    For example, who is Tony Reeves?
21         A    Tony Reeves is the senior vice president of
22    finance for the Consumer Services Group.
23         Q    Is he an Executive Management employee?
24         A    I'm not sure.
25         Q    Do you know would he be employed by Experian
```

```
 1    invoice for February of 2012 regarding Santiago?
 2        A    It was more of a copy because my staff processes
 3    it.
 4        Q    Okay.  Let's do this the way I should have.
 5             What is your -- you work for Experian Services
 6    Corp. right now, right?
 7        A    Yes.
 8        Q    What is your job title?
 9        A    Senior director of accounting reporting.
10        Q    To whom do you report?
11        A    The controller.
12        Q    Who is that?
13        A    Robin Norris.
14        Q    Do you know who Robin reports to?
15        A    The CFO.
16        Q    Who is that?
17        A    Scott Wheeler.
18        Q    And who are the employees that directly report
19    to you?
20        A    I've got a senior manager of reporting --
21    actually, two senior managers of reporting, a senior
22    manager of accounting, a senior manager of payroll, a
23    senior manager that's general ledger and fixed asset
24    liaison to Santiago.
25        Q    I'm sorry, what is the title?
```

```
 1      A    She's senior manager that is our general ledger
 2  and fixed asset liaison to Santiago.
 3      Q    See, I'm only a finance major, which means I'm
 4  only used to these general descriptions, so I'm trying to
 5  figure out what you just said.  General what?
 6      A    General ledger and fixed assets.
 7      Q    Fixed assets, okay.  Liaison?
 8      A    Yes.
 9      Q    What does that title mean?
10      A    It's basically our connection to our Shared
11  Services Center in Santiago that processes our -- they
12  perform general ledger and fixed assets functions within
13  the accounting.
14      Q    Do either of your senior managers of reporting
15  or senior manager of accounting have as part of their
16  regular job function interaction or work with regard to
17  Santiago?
18      A    Yes.
19      Q    Which of those three do?
20      A    All three do.
21      Q    Okay.  Let's talk about who they are.  Who are
22  your senior managers of reporting?
23      A    Herik Mandel and Michael Landman-Karny.
24      Q    "Landon"?
25      A    Landman.
```

Page 23

```
 1      Q    How do you spell Karny?
 2      A    K-a-r-n-y.
 3      Q    Does Mandel have two l's in it?
 4      A    No.
 5      Q    Okay.  And what are their job responsibilities?
 6  I mean, generally, what are they responsible for?
 7      A    Michael is responsible for completing internal
 8  reporting packages and some financial statements.
 9      Q    Let's stop before we get into Herik.
10           What part of that function would he have that
11  relates or regards Santiago?
12      A    It relates to consolidating Santiago operations
13  into the North American Region packages that, in turn, go
14  to our parent company in the U.K.
15      Q    Now, prior to the consolidated financial
16  statements, does he receive an entity-specific financial
17  statement from Chile or from Experian Chile?
18      A    Yes.
19      Q    Who is responsible for creating that statement?
20      A    It's actually a number of people that are
21  involved in the inputs to that.
22      Q    At some point someone is going to email it to
23  Michael, right?
24      A    No.  It's actually in a system.
25      Q    Okay.  At some point somebody is going to tell
```

Page 24

```
 1    question misstates his prior testimony.
 2    BY MR. BENNETT:
 3         Q    Sir?
 4         A    Can you repeat the question?
 5         Q    Sure.
 6         Q    Let me try it this way:  How large is the Human
 7    Resources Department in Chile?
 8         A    I'm not sure.
 9         Q    What interaction -- well, withdraw that.
10              Do you know what a Cost Center is?
11         A    Yes.
12         Q    What is a Cost Center?
13         A    In general terms, it's grouping of costs in the
14    performance of a particular function.
15         Q    So maybe, for example, if one department within
16    a company performs a function for a different department,
17    there might be an accounting effort to place the cost
18    under the entity that actually received the benefit,
19    right?
20         A    Not in the entity, but it may be grouped
21    separately.
22         Q    Let me flip this the other way.
23              The invoice for February 2012 that you reviewed,
24    who was invoicing whom?
25         A    Experian Chile was invoicing Experian
```

Page 29

```
 1   Information.
 2        Q    For what other items was Experian Chile
 3   invoicing Experian Information?
 4        A    It was for services that they provide under a
 5   Services Agreement.
 6        Q    Does Experian Information then write a check or
 7   transfer money to Experian Chile to pay that invoice?
 8        A    It is settled at some point.
 9        Q    That's not what I'm asking.  I asked a more
10   specific question.
11        A    The answer is no, we do not write a check.
12        Q    In fact, no money leaves an Experian Information
13   bank account in any fashion to enter an Experian Chile
14   bank account to pay, quote, close quote, such an invoice,
15   right?
16        A    I'm not sure.
17        Q    Yes, you are.  Come on.
18        MS. TAYLOR:  Object.  That's harassing.
19   BY MR. BENNETT:
20        Q    Well, you're in charge of that function, right?
21        A    No.
22        Q    Who is in charge of that function?
23        A    We have a Treasury Department.
24        Q    The Treasury Department is in charge of
25   transferring dollars; is that correct?
```

1    A    Yes, or whatever denomination it is, yes,
2  whatever currency.
3    Q    Well, then when you receive an invoice or your
4  department receives an invoice, what do you do with it?
5    A    We record it in a company journal that basically
6  says Experian Information owes Experian Chile.
7    Q    And does Experian Information ever invoice
8  Experian Chile?
9    A    I'm not sure.
10   Q    Who would know that?
11   A    I'm not sure.
12   Q    What department would know that?
13   A    I'm sure we could get to that information.  I'm
14  not sure who knows it off the top of their head.
15   Q    Meaning your department could get to it?
16   A    Yes.
17   Q    So, for example, taking a look at --
18      MR. BENNETT:  I'm sorry, Lexann, did you mark that
19  one?  Is that the Exhibit No. 1?
20      THE REPORTER:  Yes, I did.
21  BY MR. BENNETT:
22   Q    Taking a look at Exhibit 1, for example, if
23  Experian Information handled the human resources function
24  for hiring a Consumer Services Associate Level 1, how
25  would Experian Information shift that cost back to

Page 31

```
 1            MS. TAYLOR:  Object to the form.
 2       BY MR. BENNETT:
 3            Q    I mean, did you use to prepare for the
 4       deposition?
 5            A    I looked at the invoice, I looked at Excel
 6       spreadsheets that showed financial information.
 7            Q    What was the name of those spreadsheets?  Where
 8       did you get them?
 9            A    I don't know the exact name of the spreadsheet.
10       They were mostly prepared by Herik Mandel.
11            Q    For what purpose were they prepared?
12            A    For me to prepare for this deposition.
13            Q    What did you ask Herik to put together for you?
14            A    A trended history of the income statements that,
15       in turn, would be used to support invoices.
16            Q    So Herik, of course, had access to the income
17       statements, right?
18            A    Yes.
19            Q    What was within those income statements?  I
20       mean, for what entities and what content?
21            A    It was for Experian Services Chile.
22            Q    And how far back did those income statements go?
23            A    They went back, I think, up to three or four
24       years ago.
25            Q    Do you have the spreadsheets with you?
```

Page 34

```
1    A    No.
2    Q    Where are they located now?
3    A    On my computer in my office.
4    Q    Have you provided a copy of those to counsel?
5    A    I have not.
6    Q    Have you provided a copy of the email and the
7  invoice to counsel?
8    A    I have not.
9    Q    Scott, I'd ask that you, and counsel knows why,
10 that you not destroy or delete any information regarding
11 Experian Chile, please.
12   A    Okay.
13   Q    Now, the spreadsheet had certain columns and
14 certain rows, right?
15   A    Yes.
16   Q    So what were the headings or the titles to these
17 columns?
18   A    To the columns were the month and years of
19 the --
20   Q    What were the rows?
21   MS. TAYLOR:  I'm sorry, Len, he was still speaking.
22   MR. BENNETT:  I'm sorry.
23   THE WITNESS:  That's okay.
24   THE WITNESS:  The rows were -- they were Cost
25 Centers.
```

Page 35

1  BY MR. BENNETT:

2  Q    Which Cost Centers or -- well, sorry, Lexann.

3       How many different Cost Center rows did Herik

4  create?

5  A    I'm not sure.

6  Q    Was it more than 50?

7  A    I don't believe so.

8  Q    When somebody says "I don't believe so," that's

9  not as certain as "no," so do you mean you're not certain,

10 it's possible that it could have been more than 50?

11 A    It's possible, but not probable.

12 Q    How about was it more than 100?

13 A    No.

14 Q    More than 75?  I'm really good at "You Sunk My

15 Battleship."  We can do this for a while.  We're both

16 Pacific time.

17      How about this, what is the range -- your best

18 estimate of the range of number of rows within the

19 spreadsheets that Herik created for you?

20 A    It's probably on the order of 50.

21 Q    And that would mean that there are approximately

22 or on the order of 50 different Cost Centers for Experian

23 Santiago?

24 A    Yes.

25 Q    I'm sorry, then there were two columns, that's

Page 36

```
 1      Q     Why?
 2      A     Because there is rent and labor associated with
 3   the software category or costs that are being incurred.
 4      Q     I think I understand.  So then Experian Chile
 5   serves two -- provides two primary functions, one of them
 6   is software development and one of them is processing
 7   data, right?
 8      A     Yes.
 9      Q     Okay.
10      Q     So the NCAC -- by the way, you know what that
11   means, right?
12      A     Yes.
13      Q     So the NCAC function is within the data item
14   that is listed in your invoice, right?
15      A     Yes.
16      Q     And so all of the costs that Experian Chile is
17   Cost Centering back to Experian Information regarding the
18   data operations would be included within that one line,
19   that amount under "Data," correct?
20      A     Yes.
21      Q     Then if you wanted to determine how that number
22   was derived, that is, to get the breakdown for that
23   number, how would you do that?
24      A     You would look into System Reports that show the
25   detail, and there's drill-down capability to figure out
```

Page 44

1   would get paid.

2   MR. BENNETT: Do you know how -- I'm sorry, so was it
3   400 or 800 pesos?

4   MS. GOLDSMITH: 400,000.

5   MR. BENNETT: And that translated to how many
6   dollars?

7   MS. GOLDSMITH: 829.

8   MR. BENNETT: Okay.

9   Q   Do you know how the actual monthly salary of
10  NCAC employees in Chile is determined?

11  A   They sign a contract with a company.

12  Q   With which company?

13  A   Experian Services Chile.

14  Q   Is that contract in Spanish or English?

15  A   I don't know.

16  Q   Where do you have access to such contracts?

17  A   I don't.

18  Q   Who is Lee Lundy?

19  A   I know he works for Experian, but I don't know
20  his exact position.

21  Q   So as a result of the strike in 2009, did
22  Experian increase the amount of money it approved Experian
23  Services to pay the NCAC or other Experian Chile
24  employees?

25  A   I do not know.

```
 1        Q    Do you know if any benefits were added?
 2        A    No, I do not.
 3        Q    Under "Employee labor" where it lists "salary
 4   rate includes all Paid Absence and Payroll Expenses
 5   (insurance, taxes, benefits, and bonus), do you see that?
 6        A    Yes.
 7        Q    And then up above under "Employee labor" it says
 8   "fully burdened with benefits).  Do you see that, just the
 9   heading?
10        A    Yes.
11        Q    So do you know if any benefits are paid to
12   Experian Chile NCAC employees?
13        A    Yes.
14        Q    What benefits are provided?
15        A    They receive bonuses, they receive paid
16   vacation.
17        Q    Anything else?
18        A    I'm not certain after that.
19        Q    How do you know they receive those things?
20        A    There's a bonus line where you can see those
21   amounts getting paid.
22        Q    Do you know how the bonuses are determined?
23        MS. TAYLOR:  Object to the form.
24        THE WITNESS:  Specifically for NCAC people, I do not.
25   BY MR. BENNETT:
```

Page 49