Job ID: 12218

Apply

**About Experian**

Experian® is the leading global information services company, providing data and analytical tools to clients in more than 65 countries. The company helps businesses to manage credit risk, prevent fraud, target marketing offers and automate decision making. Experian also helps individuals to check their credit report and credit score, and protect against identity theft.

Experian plc is listed on the London Stock Exchange (EXPN) and is a constituent of the FTSE 100 index. Total revenue for the year ended 31 March 2009 was $3.9 billion. Experian employs approximately 15,000 people in 40 countries and has its corporate headquarters in Dublin, Ireland, with operational headquarters in Nottingham, UK; Costa Mesa, California; and São Paulo, Brazil.

**Why Choose Experian**

At Experian, our success as an organization is driven by your individual accomplishments. To help you reach your aspirations, we foster a management approach that is proactive and supportive within a working environment that is highly collaborative and focused on challenging the status quo. In this setting, you'll be able to leverage your unique abilities in pursuit of ambitious business objectives. In addition, our comprehensive benefits package rewards your achievement while our education and training programs fuel your continued development. At the same time, we respect your need to maintain an equally balanced personal lifestyle.

**Similar Jobs**

No similar jobs available

Experian is an Equal Opportunity Employer

**Location Information**

Chile

**Stay Connected**



EXHIBIT Plt. ___1___
Deft. For Identification
Consisting of __1__ Page(s)
Witness YAMANAKA
Date 8-2-12
LEXANN CHRISTY, CSR 7932