CERTIFIED COPY

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOSE LUIS CALDERON | X | Case No: 1:11-cv-00386-EJL |
| | X | |
| VS. | X | |
| | X | |
| EXPERIAN INFORMATION | X | |
| SOLUTIONS, INC. | X | |

VIDEOTAPED ORAL DEPOSITION OF

KIMBERLY HUGHES

August 24, 2012

VIDEOTAPED ORAL DEPOSITION OF KIMBERLY HUGHES, produced as a
witness at the instance of the Plaintiff, and duly sworn, was
taken in the above-styled and above-numbered cause on the
24th day of August, 2012, from 9:13 a.m. to 1:36 p.m., before
Laura D. Glenn, CSR in and for the State of Texas, reported by
machine shorthand, at the law offices of Jones Day,
2727 Harwood Road, Fifth Floor, located in the city of Dallas,
state of Texas, pursuant to the Rules of Civil Procedure and
the provisions stated on the record.



**MAXENE WEINBERG AGENCY**
*Litigation Support From Opening to Verdict*
800-640-1949 | www.mwadepos.net

```
1        Q.    And what was the difference between those two          09:42:17

2   positions, the customer service representative and the

3   consumer affairs services -- special services specialist?

4        A.    Once I moved to special services, I began primarily

5   assisting consumers who were being represented by a third        09:42:33

6   party such as an attorney, someone from the Attorney General's

7   office, the Better Business Bureau, places like that.

8        Q.    And do you know why Experian would treat those types

9   of contacts differently than it would treat a contact from a     09:42:45

10  consumer who was trying to -- to go it alone or do it on

11  their -- on their own?

12       A.    Well, they don't really treat them differently.

13  They're handled in the same manner.  But that department was

14  able, as a professional courtesy, to return a letter to the

15  third party such as the Better Business Bureau or the            09:43:06

16  attorney.  And that function was not available with the agents

17  in -- in just the National Consumer Assistance Center.

18       Q.    Okay.  If -- let me -- let's -- let's -- are you       09:43:15

19  still familiar with the way that the National Consumer           09:43:18

20  Assistance Center works today?

21       A.    Yes, sir.

22       Q.    And today, unlike in 2000, Experian also sends some    09:43:36

23  of the consumer assistance work to Experian Chile and -- to

24  Santiago, Chile, correct?

25       A.    Well, yes, I understand that -- that legally it's a
                                                         Page 24
```

Maxene Weinberg Agency
(800) 640-1949

```
 1    separate entity.  But to someone like myself, it's just an
 2    arm, it's just an extension of the National Consumer          09:43:52
 3    Assistance Center.  So it's still handled by the National
 4    Consumer Assistance Center.                                   09:43:58
 5         Q.   And can you explain that last bit again?  I'm not   09:43:59
 6    sure I get it.
 7         A.   I'm sorry --
 8         Q.   It -- it -- it is a separate company, right?  You   09:44:09
 9    don't exercise any control over what happens in these other --   09:44:10
10    when these individuals in Chile handle disputes, right?
11              MS. TAYLOR:  Object to the form.                    09:44:13
12         A.   I'm sorry, I'm not -- I'm not sure what you mean by
13    that.
14         Q.   (BY MR. BENNETT)  Well, you've just suggested
15    that -- that even though it's technically a legal entity,
16    your -- your claim is that -- that your office would still
17    have been able to maintain control over those Chilean         09:44:39
18    employees or -- or agents when they handle consumer disputes.
19    And I'm asking why you think that's true.
20         A.   Well, I know it to be true because they operate
21    under the same policies, procedures, they're trained exactly
22    the same.  It -- it's a seamless operation.  If we have       09:44:56
23    meetings in Allen, the meetings are held with people from
24    Santiago.
25              Internally to people at Experian, there's no
```

**Page 25**

1    difference.  It's one seamless operation, it's one seamless

2    center.

3        Q.    All right.  Well, but there's different management,

4    right?  I mean, they -- the -- the people in Chile would take      09:45:20

5    orders from different people than the -- for example, the ACDV      09:45:21

6    operator that would be working in Allen, Texas?                     09:45:23

7            MS. TAYLOR:  Object to the form.                            09:45:27

8        A.    Not necessarily, no.

9        Q.    (BY MR. BENNETT)  What do you mean by that?

10       A.    Well, it -- it -- the same leadership is in place.

11   I mean, there are some -- I mean, the -- the head of the

12   National Consumer Assistance Center in Allen, Texas,

13   Lee Lundy, is the head of the National Consumer Assistance

14   Center arm in Santiago, Chile.  The operations managers in          09:45:50

15   Experian Allen are the operations managers who also control

16   Experian Chile.

17           Now, there are individual supervisors for teams

18   of individuals in Allen, but there are also individual

19   supervisors for teams of people in Santiago.  And the same

20   collaboration that happens between those individuals in Allen       09:46:09

21   also happen between those individuals in Allen and Santiago.        09:46:10

22   They're just --                                                     09:46:11

23       Q.    Okay.

24       A.    -- in a different location.

25       Q.    Well, let me try it -- and that's -- let -- let's

Page 26