Jason Prince, ISB No. 7227
E-mail: jeprince@stoel.com
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Daniel J. McLoon *(pro hac vice)*
E-mail: djmcloon@jonesday.com
Angela M. Taylor (*pro hac vice*)
E-mail: angelataylor@jonesday.com
Gabriel Scannapieco *(pro hac vice)*
E-mail:gscannapieco@jonesday.com
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7545
Facsimile:  (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No: 1:11-cv-00386-EJL<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO EXPERIAN'S OBJECTIONS TO ORDER ON PLAINTIFF'S SECOND MOTION TO COMPEL (Dkt. 57)** |

      Defendant Experian Information Solutions, Inc. ("EIS"), by and through its counsel of record, respectfully moves the Court to strike Plaintiff's Response to Experian's Objections to Order on Plaintiff's Second Motion to Compel (Dkt. 57) ("Plaintiff's Response") for Plaintiff's

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO EXPERIAN'S OBJECTIONS TO ORDER ON PLAINTIFF'S SECOND MOTION TO COMPEL (Dkt. 57) -1**
IRI-45345v1

failure to comply with the page limitation set forth in the District Court's Local Civil Rule 72.1(b)(1).

Local Rule 72.1(b)(1) provides that "[a] party may serve and file a response, **not to exceed ten (10) pages**, to another party's objections within fourteen (14) days after being served with a copy thereof." Dist. Idaho Loc. Civ. R. 72.1(b)(1) (emphasis added). Here, Plaintiff failed to adhere to the page limit set forth in Local Rule 72.1(b)(1), and instead filed a response that was fifteen (15) pages in length. (*See* Dkt. 57.)

Accordingly, EIS respectfully requests that the Court strike Plaintiff's Response for exceeding the page limit set forth in Dist. Idaho Loc. Civ. R. 72.1(b)(1).

Dated:  November 29, 2012                JONES DAY

By: /s/ *Angela M. Taylor*
     Angela M. Taylor
     Attorney for Defendant
     EXPERIAN INFORMATION SOLUTIONS, INC.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO EXPERIAN'S OBJECTIONS TO ORDER ON PLAINTIFF'S SECOND MOTION TO COMPEL (Dkt. 57) - 2**
IRI-45345v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, I served a copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Ryan T. Earl – ryantearl@earlandearllegal.com

Sylvia A. Goldsmith - sgoldsmith@sgoldsmithlawoffice.com

Leonard A. Bennett – lenbennett@clalegal.com

Matthew J. Erausquin – matt@clalegal.com


Executed on November 29, 2012.

                                                         */s/ Angela M. Taylor*
                                                         Angela M. Taylor

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO EXPERIAN'S OBJECTIONS TO ORDER ON PLAINTIFF'S SECOND MOTION TO COMPEL (Dkt. 57) -** 3
IRI-45345v1