UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON, | Case No: 1:11-cv-00386-EJL |
| Plaintiff, | **ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

The Court, having considered Plaintiff's *Motion To Seal* [Dkt. 59], all filings related to this motion, arguments, if any, of counsel and/or the applicable law, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Exhibit 4 of Plaintiff's *Response To Experian's Objections To Order On Plaintiff's Second Motion To Compel*, a document entitled "Experian Intracompany Services Agreement," filed separately from Plaintiff's *Response* and *Motion To Seal* on November 28, 2012 [Doc. 58], shall be SEALED in accordance with the protective order in effect in this case and the Local Rules.

IT IS FURTHER ORDERED that Exhibit 4 is hereby incorporated into and made a part of Plaintiff's *Response To Experian's Objections To Order On Plaintiff's Second Motion To Compel* [Doc. 57].

DATED: **November 30, 2012**

Honorable Edward J. Lodge
U. S. District Judge