Jason Prince, ISB No. 7227
E-mail: jeprince@stoel.com
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Daniel J. McLoon (pro hac vice)
E-mail: djmcloon@jonesday.com)
Angela M. Taylor (pro hac vice)
E-mail: angelataylor@jonesday.com
Gabriel Scannapieco (pro hac vice)
E-mail:gscannapieco@jonesday.com
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7545
Facsimile:  (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No: 1:11-cv-00386-EJL<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE (Dkt. 62)** |

Defendant Experian Information Solutions, Inc. ("EIS"), by and through its counsel of record, provides the following Reply to Plaintiff's Opposition to Motion to Strike Plaintiff's Response to Experian's Objection to Order on Plaintiff's Second Motion to Compel.  (Dkt. 62) ("Plaintiff's Opposition").  EIS has no objection to the filing of Plaintiff's corrected ten (10)

page Response to Experian Information Solutions, Inc's Objections to Order on Plaintiff's Second Motion to Compel which is attached as Exhibit 1 to Plaintiff's Opposition.

Dated: December 5, 2012                    JONES DAY

                                           By: */s/ Angela M. Taylor*
                                              Angela M. Taylor
                                              Attorney for Defendant
                                              EXPERIAN INFORMATION SOLUTIONS, INC.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE (Dkt. 62) -** 2
IRI-45524v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2012, I served a copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Ryan T. Earl – ryantearl@earlandearllegal.com

Sylvia A. Goldsmith - sgoldsmith@sgoldsmithlawoffice.com

Leonard A. Bennett – lenbennett@clalegal.com

Matthew J. Erausquin – matt@clalegal.com

*/s/ Angela M. Taylor*
Angela M. Taylor