Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | CASE NO.: 1:11-CV-00386-EJL <br><br> JUDGE LODGE |

**NOTICE OF VIDEO-CONFERENCE DEPOSITION OF
GUSTAVO MENESES (AGENT ID GM 712842)**

Notice is hereby given that Plaintiff shall take the deposition of Gustavo Meneses, (Agent ID GM 712842), a current employee of Experian Services Chile, S.A., *via* international video-conference.

Said deposition will be held on the 27th day of June 2013, at Rennillo Deposition & Discovery, 100 Erieview Tower, 1301 East 9th Street, Suite 100, Cleveland, OH 44114, before a duly authorized United States court reporter. The deponent shall appear live *via* video-conference located at Nueva Tajamar 481, World Trade Center, Torre Sur Piso 8, Oficina 802, Las Condes, before a Chilean Notary, and give testimony under oath, commencing at 2:30 pm EST (CLT) and continuing until completed.

Respectfully submitted,

/s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Video-Conference Deposition of Gustava Meneses (Agent ID GM 712842)* is being filed electronically with the United States District Court for the District of Idaho, on this 20th day of June 2013. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

/s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith (*Pro Hac Vice*)
LAW OFFICE OF SYLVIA A. GOLDSMITH
Attorney for Plaintiff