Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **JOSE LUIS CALDERON** | ) | |
| | ) | CASE NO.: 1:11-CV-00386-EJL |
| Plaintiff, | ) | |
| | ) | JUDGE LODGE |
| v. | ) | |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF PARTIAL WITHDRAWAL OF PLAINTIFF'S MOTION FOR RULE 37(b)(2)(A) REMEDIES OR, *IN THE ALTERNATIVE*, LEAVE TO SUBPOENA IDENTIFIED AND CONFIRMED DISPUTE AGENT FOR DEPOSITION

On July 2, 2013, Plaintiff, Jose Luis Calderon, filed an emergency motion stemming from a change in employment status of one of the dispute agents Plaintiff was set to depose following this Court's Order dated June 5, 2013, compelling same.  Since the filing of Plaintiff's motion, the parties have engaged in significant additional meet and confer efforts to reach a compromise as to how to proceed in light of the uniqueness of the instant situation. Based on these efforts, Notice is hereby given as follows:

1.      Plaintiff acknowledges that Mital Patel is no longer a current employee of Experian Information Solutions, Inc. (or any Experian-related entity) and, as such, Experian cannot be compelled to produce her for deposition pursuant to the Court's June 5, 2013, Order;

2.      Experian has agreed to provide to Plaintiff the last known telephone number and physical address it has for Ms. Patel.

3.      Plaintiff has agreed to and hereby is withdrawing that portion of his July 2, 2013, Motion which asks this Court to sanction Experian for refusing to produce Ms. Patel for deposition without a subpoena;

4.      Experian has agreed not to oppose the remaining portion of Plaintiff's motion, namely Plaintiff's request to reopen discovery for the limited purpose of issuing a subpoena for Ms. Patel's deposition (and allowing such deposition to proceed if possible).

Therefore, the only matter that remains before this Court is Plaintiff's unopposed request to reopen discovery for the limited purpose of allowing Plaintiff to attempt to subpoena Ms. Patel's appearance at a deposition.

Respectfully submitted,


  /s/ *Sylvia A. Goldsmith*
Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

Leonard A. Bennett (Admitted *Pro Hac Vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Ryan T. Earl (Idaho Bar #8342)
EARL & EARL, PLLC
212 10th Avenue South
Nampa, Idaho 83651
Telephone: (208) 890-0355
Facsimile: (208) 461-9560
Email: ryantearlattorneyatlaw@yahoo.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Partial Withdrawal of Plaintiff's Motion for Rule 37(b)(2)(A) Remedies Or, In The Alternative, Leave to Subpoena Identified and Confirmed Dispute Agent for Deposition* is being filed with the Court on this 25th day of July 2013, through the Court's electronic filing system.  Service of this *Motion* on all counsel of record will be made through such system.


   /s/ *Sylvia A. Goldsmith*
Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
*Attorney for Plaintiff*