UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE LUIS CALDERON<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 1:11-cv-00386-EJL-MHW<br><br>**ORDER EXTENDING DISCOVERY DEADLINE** |

　　　　Having considered Plaintiff's Motion For Rule 37(B)(2)(A) Remedies Or, In The Alternative, Leave To Subpoena Identified and Confirmed Dispute Agent For Deposition, and the subsequent Notice of Partial Withdrawal of same (Dkt.s 68 & 69),

　　　　**IT IS HEREBY ORDERED** that discovery in this matter shall be extended for 30 days from the date of this order purposes of allowing Plaintiff to locate and depose former Experian dispute agent, Mital Patel, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

**ORDER EXTENDING DISCOVERY DEADLINE Page 1**



DATED: July 26, 2013

Honorable Mikel H. Williams
United States Magistrate Judge