**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| **JOSE LUIS CALDERON** | ) | |
| | ) | CASE NO.: 1:11-CV-00386-EJL |
| Plaintiff, | ) | |
| | ) | JUDGE LODGE |
| v. | ) | |
| | ) | |
| **EXPERIAN INFORMATION** | ) | **ORDER** |
| **SOLUTIONS, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

Having previously been notified by the parties of their settlement of this matter, and upon review of their *Stipulation of Dismissal* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. 79),

   **IT IS HEREBY ORDERED** that the *Stipulation of Dismissal* (Dkt. 79) is **APPROVED AND ADOPTED** by the Court and this matter is **DISMISSED WITH PREJUDICE** with each party to bear his or its own costs.

DATED: January 6, 2014

Edward J. Lodge
United States District Judge